AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>LUCY GRACE NELSON,<br>a/k/a Justin Thomas Nelson<br><br>*Defendant(s)* | Case No. 1:25-mj-00043-NRN |

## CRIMINAL COMPLAINT

I, the complainant in this case, and state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 29, 2025 in the county of Larimer in the State and District of Colorado, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(i) | Malicious Destruction of Property |

This criminal complaint is based on these facts:

See Affidavit attached hereto and hereby incorporated by reference.

☑ Continued on the attached sheet.

*s/Katrina Alconaba*
*Complainant's signature*

Special Agent Katrina Alconaba, ATF
*Printed name and title*

Sworn to before me and ☐ signed in my presence. ☑ submitted, attested to, and acknowledged by reliable electronic means.

Date: 02/26/2025

*Judge's signature*

N. Reid Neureiter
United States Magistrate Judge
*Printed name and title*

City and state: Denver, Colorado