| | |
|---|---|
| DEFENDANT: | LUCY GRACE NELSON, a/k/a Justin Thomas Nelson |
| YOB: | 1982 |
| COMPLAINT FILED? | __x__ Yes   _____ No<br><br>If Yes, MAGISTRATE CASE NUMBER: |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? _____ Yes __x__ No

| | |
|---|---|
| OFFENSE(S): | COUNT 1: Malicious Destruction of Property, 18 U.S.C. § 844(i) |
| LOCAT. OF OFFENSE: | Larimer County, Colorado |
| PENALTY: | COUNT 1: NLT 5 years' imprisonment, NMT 20 years' imprisonment; NMT three years' supervised release; a maximum fine of $250,000; and a $100 mandatory victim's fund assessment fee. |
| AGENT: | Special Agent Katrina Alconaba, ATF |
| AUTH. BY: | Albert Buchman, Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

__X__ five days or less     ____ over five days

THE GOVERNMENT

__x__ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)(E).

_____ will not seek detention

The statutory presumption of detention is not applicable to this defendant.