**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   25-cr-00075-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

LUCY GRACE NELSON,
a/k/a   Justin Thomas Nelson,

     Defendant.

---

## INDICTMENT

---

The Grand Jury charges:

### COUNT 1

On or about January 29, 2025, in the State and District of Colorado, the defendant, LUCY GRACE NELSON, a/k/a Justin Thomas Nelson, knowingly and unlawfully possessed a firearm, that is a destructive device, as defined in 26 U.S.C. §5845(a)(8) and (f), that was not registered in the National Firearms Registration and Transfer Record.

All in violation of Title 26 United States Code, Sections 5861(d) and 5871.

### COUNT 2

On or about February 7, 2025, in the State and District of Colorado, the defendant, LUCY GRACE NELSON, a/k/a Justin Thomas Nelson, knowingly and unlawfully possessed firearms,

that are destructive devices, as defined in 26 U.S.C. §5845(a)(8) and (f), that were not registered in the National Firearms Registration and Transfer Record.

All in violation of Title 26 United States Code, Sections 5861(d) and 5871.

## COUNT 3

On or about February 7, 2025, in the State and District of Colorado, the defendant, LUCY GRACE NELSON, a/k/a Justin Thomas Nelson, maliciously attempted to damage and destroy, by means of fire and explosive materials, vehicles used in interstate or foreign commerce and in an activity used in interstate or foreign commerce.

All in violation of Title 18, United States Code, Section 844(i).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872(a), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violations alleged in Counts 1 through 3 of this Indictment involving violations of 26 U.S.C. 5861(b), the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 26 United States Code, Section 5872(a), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: all destructive devices.

3. If any of the property described in paragraph 2 above, as a result of any act or

omission of the defendants:

    a)    cannot be located upon the exercise of due diligence;
    b)    has been transferred or sold to, or deposited with, a third party;
    c)    has been placed beyond the jurisdiction of the Court;
    d)    has been substantially diminished in value; or
    e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

                                              A TRUE BILL:

                                  *Ink Signature on File in the Clerk's Office*
                                       FOREPERSON

J. BISHOP GREWELL
Acting United States Attorney

By: *Cassandra J. Wiemken*
CASSANDRA J. WIEMKEN
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0406
E-mail: cassandra.wiemken@usdoj.gov
Attorney for Government