DEFENDANT: LUCY GRACE NELSON, a/k/a Justin Thomas Nelson

YOB: 1982

COMPLAINT FILED? ___x___ Yes ________ No

If Yes, MAGISTRATE CASE NUMBER: 25-mj-00043-NRN

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ___x___Yes _____ No

OFFENSE(S):

COUNT 1: Possession of an Unregistered Firearm (Destructive Device), 26 U.S.C. § 5861(d) and 5871.
COUNT 2: Possession of Unregistered Firearms (Destructive Devices), 26 U.S.C. § 5861(d) and 5871.
COUNT 3: Malicious (Attempted) Destruction of Property, 18 U.S.C. § 844(i).

LOCAT. OF OFFENSE: Larimer County, Colorado

PENALTY: COUNTS 1 AND 2: NMT 10 years' imprisonment; NMT three years' supervised release; a maximum fine of $10,000; and a $100 mandatory victim's fund assessment fee.
COUNT 3: NLT 5 years' imprisonment, NMT 20 years' imprisonment; NMT three years' supervised release; a maximum fine of $250,000; and a $100 mandatory victim's fund assessment fee.

AGENT: Special Agent Katrina Alconaba, ATF

AUTH. BY: Cassandra Wiemken, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less ____ over five days

THE GOVERNMENT

__x__ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)(E).

______ will not seek detention

The statutory presumption of detention is not applicable to this defendant.