# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Nina Y. Wang

Criminal Action No. 25-cr-00075-NYW-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    LUCY GRACE NELSON,

    Defendant.

---

## ORDER SETTING TRIAL DATES AND DEADLINES

---

This matter is set for a **three-day Jury Trial** on the docket of Judge Nina Y. Wang at the Alfred A. Arraj United States Courthouse, Courtroom A-902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **May 5, 2025 at 9:00 a.m.** On the first day of trial, counsel **and pro se parties** shall be present at **8:30 a.m.** It is

ORDERED that all pretrial motions shall be filed by **March 27, 2025**, and responses to these motions shall be filed by **April 3, 2025**. It is further

ORDERED that, absent a relevant motion or further order of the Court, expert disclosures and materials required under Rules 702, 703, and 705 of the Federal Rules of Evidence shall be provided to Defendant not later than 21 days before trial. It is further

ORDERED that, absent a relevant motion or further order of the Court, Rule 404(b) disclosures shall be made in accordance with the discovery hearing report (21 days before trial). It is further

ORDERED that a Trial Preparation Conference is set for **May 1, 2025 at 10:00**

1

**a.m.** in Courtroom A-902.  Lead counsel who will try the case shall attend in person.  Defendant is also required to be present.

The Parties shall be prepared to address the following issues at the Trial Preparation Conference:

1. Jury selection;
2. Sequestration of witnesses;
3. Timing of presentation of witnesses and evidence;
4. Anticipated evidentiary issues;
5. Any stipulations as to fact or law; and
6. Any other issue affecting the duration or course of the trial.

The Parties are directed to confer prior to the Trial Preparation Conference to reach agreement on as many as possible, if not all, of the proposed jury instructions.

The proposed stipulated and disputed jury instructions should be emailed to Wang_Chambers@cod.uscourts.gov at least one week in advance of the Trial Preparation Conference.  Please submit a single integrated proposed set of instructions.  They should be numbered and grouped by subject matter.  Stipulated instructions should be individually labeled as such, and disputed instructions should indicate which is the Government's and which is Defendant's proposed instruction.  The Parties' final witness list, final exhibit lists, deposition designations/objections, final verdict forms, and proposed voir dire should be emailed to the Court one week in advance of the Trial Preparation Conference.

DATED: March 14, 2025

BY THE COURT:

*[signature]*

Nina Y. Wang
United States District Judge