IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 25-cr-00075-NYW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LUCY GRACE NELSON,

        Defendant.

---

**UNOPPOSED MOTION TO EXTEND DEADLINE
TO CHALLENGE EXPERTS AND DISCLOSE REBUTTAL EXPERTS**

---

Ms. Lucy Grace Nelson (hereafter "Ms. Nelson"), by and through her counsel, Assistant Federal Public Defenders Mary V. Butterton and Stephanie Snyder, hereby respectfully requests that the Court extend both the deadline to challenge the government's experts and the deadline to disclose any rebuttal experts by 45 days. In support of this request, Ms. Nelson states as follows:

1. On July 31, 2026, the Government disclosed to Ms. Nelson its intent to call five experts at Ms. Nelson's forthcoming trial.[1] The Court has ordered that Ms. Nelson must file any challenges to the Government's experts by the pretrial motions filing deadline (here, August 7, 2026) and disclose any rebuttal experts seven days after the pretrial motions filing deadline (here, August 14, 2026). Doc. 25.

2. The government has disclosed its intent to call an expert on DNA evidence. However, the government has not yet disclosed to Ms. Nelson the full "litigation file" and lab-related discovery.

---

[1] Ms. Nelson's jury trial is currently set to begin on October 5, 2026. Ms. Nelson anticipates filing significant pretrial motions by August 7, 2026. Due to the complexities of those motions, Ms. Nelson's counsel intends to request that the Court vacate the October 5, 2026, trial date and set a briefing schedule for the pretrial litigation. This request will be formalized in a motion filed on or before August 7, 2026.

The government has indicated to undersigned counsel that the laboratory discovery will be disclosed by August 7, 2026.

3.    Given the disclosure date for the DNA discovery – and the number and complexities of the other disclosed experts - undersigned counsel cannot reasonably challenge the government's experts by the August 7, 2026, deadline. Further, counsel cannot retain and effectively consult with potential rebuttal experts by the August 14, 2026, deadline.

4.    Ms. Nelson respectfully requests that the Court vacate the current deadlines to challenge the government's experts and to disclose rebuttal experts, and to reset those deadlines to dates approximately 45 days after the government's final discovery disclosure on August 7, 2026.

5.    Undersigned counsel have conferred with Assistant United States Attorneys Adam McConney and Miles Robinson; they are unopposed to the requested extension of expert challenge and rebuttal expert disclosure deadlines.

WHEREFORE, Ms. Nelson, through her counsel, hereby respectfully requests that the Court extend both the deadline to challenge the government's experts and the deadline to disclose any rebuttal experts by 45 days.

Respectfully submitted,

MATTHEW K. BELCHER
Interim Federal Public Defender

*s/ Mary V. Butterton*
MARY V. BUTTERTON

*s/ Stephanie Snyder*
STEPHANIE SNYDER
Assistant Federal Public Defenders
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Mary_Butterton@fd.org
Stephanie_Snyder@fd.org
Attorneys for Lucy Grace Nelson

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2026, I filed the foregoing *Unopposed Motion to Extend Deadline to Challenge Experts and Disclose Rebuttal Experts* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Cassandra J. Wiemken, Assistant United States Attorney
Email: Cassandra.wiemken@usdoj.gov

Adam D. McConney, Assistant United States Attorney
Email: adam.mcconney@usdoj.gov

Miles Robinson, Assistant United States Attorney
Email: miles.robinson@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Lucy Grace Nelson (via U.S. mail)

> *s/ Mary V. Butterton*
> MARY V. BUTTERTON
> Assistant Federal Public Defender
> 633 17th Street, Suite 1000
> Denver, CO  80202
> Telephone:  (303) 294-7002
> FAX:  (303) 294-1192
> Mary_Butterton@fd.org
> Attorney for Lucy Grace Nelson