# Exhibit C

25-1021

DO NOT RELEASE

flock safety

Report ID: f0a58633-df7b-490b-9c4f-b9faa0224488
Date Created: 2/13/2025, 12:22 PM MST

# Investigative Summary

License Plate Detection

License Plate Read

| Organization name | Created by | Date created | Search reason |
|---|---|---|---|
| Loveland CO PD | Shawn Gladu | Feb 13 2025 | LP25-0001021 |






## License Plate Detection Details

| | |
|---|---|
| License plate | EGA266 |
| Body, Make, Color | licensePlate-undefined-Black |
| Date/time captured | Feb 7 2025, 8:01:38 AM UTC |
| Local date/time captured | Feb 7 2025, 1:01:38 AM MST |
| Organization name | Loveland CO PD |
| Search reason | LP25-0001021 |
| Device name | #43 Hwy 287 @ 1st St WB |
| Device type | falcon |
| Device location | 40.33662717288153, -105.07628811379638 |
| Nearest address | 8WPF+MF Campion, CO, USA |
| Device network | CO - Larimer County SO |

Flock Safety, and the Custodian of Record herein, declares, certifies, and verifies under penalty of perjury that this record is a true and accurate exact copy of the original record and/or document that was made and kept in the course of regularly conducted business activity, is a record that is routinely made and kept in the course of Flock Safety's business, was made at or near the time of the event it records, and that the Custodian of Record is familiar with the record and circumstances under which it was made within the regular course of business.

Mark Smith
Custodian of Records

Disclaimer: The Device Location depicted in the map above is an estimation based on latitude and longitude of the device.

25-1021

INV_00001908

02/07/2025 12:00 AM To... 02

Displaying 1 / 1 results

1:01:38 AM 2/7/2025





CO EGA266

View More Details

Location #43_Hwy_287_@_1st_St_WB

| | |
|---|---|
| **Body, Make, Color** | undetected, undetected, Black |
| **Identifiers** | undetected |
| **Plate State** | CO |
| **Days Seen** | 11 days in the last 30 days |
| **Date** | 2/7/2025, 1:01:38 AM |

Vehicle Journey

Time Range
7 Days






All Related products



$37.99
LED Headlight High Low Beam Fog Light...
eBay.com
Free Shipping



$10.94
2X HB4 9006 60W LED Fog Driving Light Bul...
eBay.com
Free Shipping



DO NOT RELEASE

25-1021

INV_00001909

02/07/2025 12:00 AM To... 02

Displaying 1 / 1 results

1:01:38 AM 2/7/2025



CO EGA266

View More Details

Location #43 Hwy 287 @ 1st St WB

| | |
|---|---|
| Identifiers | undetected |
| Plate State | CO |
| Days Seen | 11 days in the last 30 days |
| Date | 2/7/2025, 1:01:38 AM |

Vehicle Journey

Time Range
7 Days






All Related products Related cont



$37.99
LED Headlight High Low Beam Fog Light..
eBay.com
Free Shipping

$125.40
LED DAYTIME RUNNING LIG
US eBay
Free Shipping

$10.94
2X HB4 9006 60W LED Fog Driving Light Bul..
eBay.com
Free Shipping

Fix for cutoff hea
www.mazdalo

DO NOT RELEASE