# Exhibit D

| ID | Name | Org Name | Total Networks Searched | Time Frame | License Plate | Reason | Case # | Filters | Search Time | Search Type | Text Prompt | Moderation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| d759921e-fc23-477d-8fe5-6aa0d1c63c02 | Ryan Mcauley | Loveland CO PD | 1360 | 02/02/2025, 06:00:40 PM UTC 02/13/2025, 08:00:40 PM UTC | EGAZ66 | Arson | | | 02/13/2025, 07:33:12 PM UTC | search | | |
| 6e7291a6-5ec0-465d-8b87-526e3938449f | Ryan Mcauley | Loveland CO PD | 1360 | 01/26/2025, 06:00:40 PM UTC 02/13/2025, 08:00:40 PM UTC | EGAZ66 | Arson | | | 02/13/2025, 07:34:42 PM UTC | search | | |
| 6cdd0a59-417a-4f0a-851a-5c0747e2fa63 | Ryan Mcauley | Loveland CO PD | 1360 | 01/26/2025, 06:00:40 PM UTC 02/13/2025, 08:00:40 PM UTC | EGAz66 | Arson | | | 02/13/2025, 07:42:52 PM UTC | search | | |
| 8f42beac-c11c-45bd-9719-6eb79b98bc46 | Jenn Pfoff | Loveland CO PD | 3 | 02/07/2025, 06:00:44 PM UTC 02/13/2025, 08:00:44 PM UTC | egaz66 | egaz66 | | | 02/13/2025, 08:03:38 PM UTC | search | | |
| 4678d5ed-dbae-4fa1-9110-954fd69ac11a | Ryan Mcauley | Loveland CO PD | 1360 | 02/06/2025, 08:41:33 PM UTC 02/13/2025, 08:41:33 PM UTC | EGAZ66 | Arson | | | 02/13/2025, 08:41:35 PM UTC | search | | |
| 24341b7c-b0c0-4f07-a6d0-273898165bbe | Hope Guest | Loveland CO PD | 1360 | 01/23/2025, 07:00:28 PM UTC 02/13/2025, 09:00:28 PM UTC | EGAZ66 | Arson | | | 02/13/2025, 08:56:23 PM UTC | search | | |
| d5834b3f-824c-402c-be43-d9c83c307d2e | Ryan Mcauley | Loveland CO PD | 1360 | 01/26/2025, 06:00:40 PM UTC 02/13/2025, 08:00:40 PM UTC | EGAz66 | Arson | | | 02/13/2025, 08:58:58 PM UTC | search | | |
| 812f60b2-735e-405a-be38-0ac8bd8324dc | Ryan Mcauley | Loveland CO PD | 1360 | 01/26/2025, 06:00:40 PM UTC 02/13/2025, 08:00:40 PM UTC | EGAz66 | Arson | | | 02/13/2025, 09:01:59 PM UTC | search | | |
| 31525187-29fa-48ab-ab9d-08e0c6806442 | Ryan Mcauley | Loveland CO PD | 1360 | 01/26/2025, 06:00:40 PM UTC 02/13/2025, 08:00:40 PM UTC | EGAz66 | Arson | | | 02/13/2025, 09:03:34 PM UTC | search | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7a4829e2-e525-4bf0-8406-46464e55f86e | Ryan Mcauley | Loveland CO PD | 2 | 01/26/2025, 07:30:59 PM UTC<br>02/13/2025, 09:30:59 PM UTC | EGAZ66 | arson | | | 02/13/2025, 09:07:23 PM UTC | search | | |
| 0ffc9ead-a839-4cf2-b4c0-ee88b3b226bd | Ryan Mcauley | Loveland CO PD | 1360 | 01/26/2025, 07:30:59 PM UTC<br>02/13/2025, 09:30:59 PM UTC | EGAZ66 | arson | | | 02/13/2025, 09:08:35 PM UTC | search | | |
| c5d22840-b973-421c-ba70-b03c5d16aac7 | Ryan Mcauley | Loveland CO PD | 1360 | 01/26/2025, 07:30:59 PM UTC<br>02/13/2025, 09:30:59 PM UTC | EGAz66 | arson | | | 02/13/2025, 09:12:56 PM UTC | search | | |
| cad6a3ae-e895-4f85-9cd2-1a2a2a8162df | Ryan Mcauley | Loveland CO PD | 1360 | 01/26/2025, 07:30:20 PM UTC<br>02/13/2025, 09:30:20 PM UTC | EGAZ66 | arson | | | 02/13/2025, 09:19:07 PM UTC | search | | |
| 55e05817-b2bd-496f-9f26-27b95fa328bb | Brandi Christon | Loveland CO PD | 1360 | 11/01/2024, 06:01:00 AM UTC<br>02/13/2025, 04:00:16 PM UTC | EGAZ66 | LP25-0001021 | | colorado | 02/13/2025, 09:43:36 PM UTC | search | | |
| dba2d40c-e6a4-4430-b5f1-8be4594428f9 | Ryan Mcauley | Loveland CO PD | 1360 | 01/26/2025, 07:30:20 PM UTC<br>02/13/2025, 09:30:20 PM UTC | EGAZ66 | arson | | | 02/13/2025, 10:09:03 PM UTC | search | | |
| 1a98f427-f482-4f58-8e3d-a52914c0c036 | Ryan Mcauley | Loveland CO PD | 1360 | 01/26/2025, 07:30:20 PM UTC<br>02/13/2025, 09:30:20 PM UTC | egaz66 | arson | | | 02/13/2025, 10:15:45 PM UTC | search | | |
| 5a73ac8e-4741-4d6b-b057-6c4c48df9b6d | Ryan Mcauley | Loveland CO PD | 1397 | 01/14/2025, 10:18:10 PM UTC<br>02/13/2025, 10:18:10 PM UTC | EGAZ66 | arson | | | 02/13/2025, 10:18:12 PM UTC | lookup | | |
| 6a4cdb9b-c574-4f66-8d95-c1828cf5f5de | Jennifer Hines | Loveland CO PD | 1360 | 01/13/2025, 07:00:00 AM UTC<br>02/13/2025, 11:30:35 PM UTC | EGAZ66 | LP25-0001021 | | | 02/13/2025, 11:30:38 PM UTC | search | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 311482b3-3299-4527-bfd2-3652c46f26f7 | Jennifer Hines | Loveland CO PD | 1397 | 01/14/2025, 11:30:55 PM UTC<br>02/13/2025, 11:30:55 PM UTC | EGAZ66 | LP25-0001021 | | | 02/13/2025, 11:30:58 PM UTC | lookup | | |
| ff54b42b-dfd4-4597-a1df-32cb4f4420eb | Jennifer Hines | Loveland CO PD | 1397 | 01/14/2025, 11:41:20 PM UTC<br>02/13/2025, 11:41:20 PM UTC | EGAZ66 | LP25-0001021 | | | 02/13/2025, 11:41:23 PM UTC | lookup | | |
| ab6eb0b3-0552-434a-99b6-41842823ca97 | Jennifer Hines | Loveland CO PD | 1397 | 01/14/2025, 11:41:26 PM UTC<br>02/13/2025, 11:41:26 PM UTC | EGAZ66 | LP25-0001021 | | | 02/13/2025, 11:41:29 PM UTC | lookup | | |
| d6cf4f30-82c2-4eb6-b393-c9c01e1556e0 | Jennifer Hines | Loveland CO PD | 1397 | 01/14/2025, 11:42:06 PM UTC<br>02/13/2025, 11:42:06 PM UTC | EGAZ66 | LP25-0001021 | | | 02/13/2025, 11:42:08 PM UTC | lookup | | |
| 51cdf8f5-5772-400e-9216-51fefd753acf | Ryan Mcauley | Loveland CO PD | 1360 | 01/27/2025, 12:30:49 AM UTC<br>02/14/2025, 02:30:49 AM UTC | EGAZ66 | arson | | | 02/14/2025, 02:10:19 AM UTC | search | | |
| 32c19685-8382-4090-92e1-af903d90b1ca | Jenn Pfoff | Loveland CO PD | 2 | 01/28/2025, 01:30:45 PM UTC<br>02/14/2025, 03:30:45 PM UTC | egaz66 | arson | | | 02/14/2025, 03:09:50 PM UTC | search | | |
| 042d5242-b9f3-4d4b-966f-d13729b1eb3d | Jenn Pfoff | Loveland CO PD | 1 | 02/08/2025, 04:00:00 AM UTC<br>02/08/2025, 10:00:00 PM UTC | egaz66 | arson | | | 02/14/2025, 05:10:50 PM UTC | search | | |
| cf7ab986-4097-4771-9b11-3c01a1d8344d | Jenn Pfoff | Loveland CO PD | 2 | 02/08/2025, 04:00:00 AM UTC<br>02/08/2025, 10:00:00 PM UTC | egaz66 | arson | | | 02/14/2025, 05:10:56 PM UTC | search | | |
| 1b0dcf0b-4ee1-4b42-8a38-2a07021ac985 | Jenn Pfoff | Loveland CO PD | 1360 | 02/03/2025, 04:00:00 AM UTC<br>02/03/2025, 10:00:00 PM UTC | egaz66 | arson | | | 02/14/2025, 05:13:11 PM UTC | search | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1770f781-7d89-4937-85fc-9254afbf9bd3 | Jenn Pfoff | Loveland CO PD | 1360 | 01/29/2025, 09:00:00 PM UTC 01/30/2025, 10:00:00 PM UTC | egaz66 | arson | | | 02/14/2025, 05:14:01 PM UTC | search | | |
| de80e348-ec86-49bf-ae4a-ef8fcd5b94df | Jenn Pfoff | Loveland CO PD | 1360 | 01/29/2025, 09:00:00 PM UTC 02/14/2025, 10:00:00 PM UTC | egaz66 | arson | | | 02/14/2025, 05:15:27 PM UTC | search | | |
| b93acc68-1d74-4880-910c-6e409e92d5ca | Jenn Pfoff | Loveland CO PD | 1360 | 01/29/2025, 09:00:00 PM UTC 02/14/2025, 10:00:00 PM UTC | egaz66 | arson | | | 02/14/2025, 05:24:40 PM UTC | search | | |
| 764f6abf-ea04-469c-b4b8-c3baf65f39e6 | Jennifer Hines | Loveland CO PD | 1360 | 02/13/2025, 07:00:00 AM UTC 02/14/2025, 12:30:00 AM UTC | EGAZ66 | LP25-0001021 | | | 02/14/2025, 12:15:13 AM UTC | search | | |
| 33f2805e-2a5e-4370-8d3a-28c224d39b17 | Jennifer Hines | Loveland CO PD | 1397 | 01/15/2025, 12:18:06 AM UTC 02/14/2025, 12:18:06 AM UTC | EGAZ66 | LP25-0001021 | | | 02/14/2025, 12:18:08 AM UTC | lookup | | |
| 0810066a-e64a-422a-ba6b-539ccef4da12 | Jennifer Hines | Loveland CO PD | 1360 | 01/13/2025, 10:00:14 PM UTC 02/14/2025, 12:00:14 AM UTC | EGAZ66 | LP25-0001021 | | | 02/14/2025, 12:52:03 AM UTC | search | | |
| 1835e05a-9939-4d6c-a7d7-4ba791114458 | Jennifer Hines | Loveland CO PD | 1360 | 01/13/2025, 10:00:14 PM UTC 02/14/2025, 01:00:00 AM UTC | EGAZ66 | LP25-0001021 | | | 02/14/2025, 12:52:08 AM UTC | search | | |
| 4ed30fb3-d153-4b53-a94d-d872d91c9937 | Jennifer Hines | Loveland CO PD | 1360 | 01/13/2025, 10:00:14 PM UTC 02/14/2025, 01:00:00 AM UTC | EGAz66 | LP25-0001021 | | | 02/14/2025, 12:53:06 AM UTC | search | | |
| 17e22cbf-bca0-4ac0-b09e-436e1d881fdc | Hope Guest | Loveland CO PD | 2 | 01/29/2025, 04:30:19 PM UTC 02/15/2025, 06:30:19 PM UTC | EGAZ66 | arson | | | 02/15/2025, 06:24:05 PM UTC | search | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2593f29a-2b27-4685-8960-0e278a6b74e2 | Hope Guest | Loveland CO PD | 1360 | 01/29/2025, 04:30:19 PM UTC<br>02/15/2025, 06:30:19 PM UTC | EGAZ66 | arson | | | 02/15/2025, 06:32:41 PM UTC | search | | |
| 11a0ecfc-ab9b-4e15-a12f-80d68edff521 | Jennifer Hines | Loveland CO PD | 2 | 02/08/2025, 09:26:35 PM UTC<br>02/15/2025, 09:26:35 PM UTC | EGAZ66 | LP25-0001021 | | colorado | 02/15/2025, 09:26:36 PM UTC | lookup - Mobile | | |
| 105152eb-9d4a-47e3-857a-5fc61650289f | Jennifer Hines | Loveland CO PD | 2 | 02/08/2025, 09:26:43 PM UTC<br>02/15/2025, 09:26:43 PM UTC | EGAZ66 | LP25-0001021 | | | 02/15/2025, 09:26:43 PM UTC | lookup - Mobile | | |
| 3a547d6d-e7c7-42a7-aac4-370b091a1516 | Hope Guest | Loveland CO PD | 1361 | 01/29/2025, 07:00:08 PM UTC<br>02/16/2025, 09:00:00 PM UTC | EGAZ66 | Arson Susp | | | 02/16/2025, 09:20:25 PM UTC | search | | |
| 08f06008-2cdb-418a-8b59-42412e42176e | Hope Guest | Loveland CO PD | 1361 | 01/29/2025, 07:00:08 PM UTC<br>02/16/2025, 09:00:00 PM UTC | EGAZ66 | Arson Susp | | | 02/16/2025, 09:29:27 PM UTC | search | | |
| a97634ed-9a01-44e7-8d7c-f3e03405780f | Hope Guest | Loveland CO PD | 1360 | 01/29/2025, 02:00:06 PM UTC<br>02/17/2025, 04:00:06 PM UTC | egaz66 | arson susp | | | 02/17/2025, 03:51:07 PM UTC | search | | |
| e1d272e4-44b7-4ebc-884b-f8efc95847b2 | Jenn Pfoff | Loveland CO PD | 1361 | 02/14/2025, 03:30:45 PM UTC<br>02/17/2025, 05:30:45 PM UTC | egaz66 | arson | | | 02/17/2025, 05:10:11 PM UTC | search | | |
| 35c36d95-3f80-4d58-90f5-13e042be065f | Jennifer Hines | Loveland CO PD | 2 | 02/10/2025, 05:31:03 PM UTC<br>02/17/2025, 05:31:03 PM UTC | EGAZ66 | LP25-0001021 | | colorado | 02/17/2025, 05:31:03 PM UTC | lookup - Mobile | | |
| 8b862760-2e36-4704-83e9-d59de8c9d8af | Jenn Pfoff | Loveland CO PD | 1361 | 02/14/2025, 03:30:45 PM UTC<br>02/17/2025, 05:30:45 PM UTC | egaz66 | arson | | | 02/17/2025, 05:32:05 PM UTC | search | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| f3e2b90c-84a1-45d4-8a70-e9cd5fc5f1eb | Hope Guest | Loveland CO PD | 1361 | 01/29/2025, 04:30:53 PM UTC 02/17/2025, 06:30:53 PM UTC | EGAZ66 | arson susp | | | 02/17/2025, 06:30:21 PM UTC | search | | |
| 77fee052-40b7-46ff-94d1-7352ffeda3b0 | Hope Guest | Loveland CO PD | 1362 | 01/29/2025, 03:00:25 PM UTC 02/18/2025, 05:00:25 PM UTC | EGAZ66 | Arson Susp | | | 02/18/2025, 04:45:21 PM UTC | search | | |
| 93b51c7d-11b2-4b4f-9e73-97a7e2ccc91a | Jenn Pfoff | Loveland CO PD | 1362 | 02/17/2025, 09:00:34 AM UTC 02/18/2025, 11:00:34 AM UTC | egaz66 | arson | | | 02/18/2025, 10:51:54 AM UTC | search | | |
| d6e5f9ca-0eb9-4bc2-9a53-0149484e93cf | Hope Guest | Loveland CO PD | 1362 | 02/17/2025, 12:30:34 AM UTC 02/18/2025, 12:30:34 PM UTC | EGAZ66 | Arson Susp | | | 02/18/2025, 12:27:54 PM UTC | search | | |
| d45d1efe-29a0-45a5-81f7-4edf01f65b06 | Hope Guest | Loveland CO PD | 1362 | 01/30/2025, 12:30:34 AM UTC 02/18/2025, 12:30:34 PM UTC | EGAZ66 | Arson Susp | | | 02/18/2025, 12:28:19 PM UTC | search | | |
| 25ff2fd9-09f3-4ad1-9dfb-2fe0507d9e15 | Jenn Pfoff | Loveland CO PD | 2 | 02/17/2025, 10:00:48 AM UTC 02/18/2025, 12:00:48 PM UTC | egaz66 | arson | | | 02/18/2025, 12:28:21 PM UTC | search | | |
| 90760068-04d6-4da3-a2b0-64bd9e0621a8 | Ryan Mcauley | Loveland CO PD | 1368 | 02/09/2025, 05:00:15 PM UTC 02/19/2025, 07:00:15 PM UTC | EGAZ66 | arson | | | 02/19/2025, 06:38:45 PM UTC | search | | |
| 908082a6-ce56-4f25-9ec1-f190542cc3ec | Ryan Mcauley | Loveland CO PD | 1 | 02/20/2025, 02:00:00 PM UTC 02/21/2025, 08:00:34 PM UTC | EGAZ66 | arson | | | 02/21/2025, 07:46:46 PM UTC | search | | |
| 9c250e9d-1ac4-4d85-b6d6-71832798ac39 | Ryan Mcauley | Loveland CO PD | 2 | 02/20/2025, 02:00:00 PM UTC 02/21/2025, 08:00:34 PM UTC | EGAZ66 | arson | | | 02/21/2025, 07:54:42 PM UTC | search | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 66119770-6f16-4955-8ea6-8c8ad156419b | Jenn Pfoff | Loveland CO PD | 2 | 02/24/2025, 02:34:10 PM UTC 02/25/2025, 02:34:10 PM UTC | EGAZ66 | Arson | | colorado | 02/25/2025, 02:34:11 PM UTC | lookup - Mobile | | |
| 112803be-0f07-4709-82e4-cbd3bcd7cce0 | Kris Davis | Loveland CO PD | 2 | 02/24/2025, 05:00:06 PM UTC 02/25/2025, 05:00:06 AM UTC | egaz66 | suspect | | | 02/25/2025, 04:41:09 AM UTC | search | | |
| 56e91074-58e1-431a-a274-e0f9af249edd | Kris Davis | Loveland CO PD | 2 | 02/24/2025, 05:00:48 PM UTC 02/25/2025, 05:00:48 AM UTC | egaz66 | suspect | | | 02/25/2025, 04:53:50 AM UTC | search | | |
| 3aed268a-e82d-42b7-88fe-b6ab27c86339 | Kris Davis | Loveland CO PD | 2 | 02/24/2025, 05:30:21 PM UTC 02/25/2025, 05:30:21 AM UTC | egaz66 | suspect | | | 02/25/2025, 05:15:24 AM UTC | search | | |
| f76f43b2-5e90-44f8-9182-95a6b4b9a11c | Kris Davis | Loveland CO PD | 2 | 02/24/2025, 05:30:14 PM UTC 02/25/2025, 05:30:14 AM UTC | egaz66 | suspect | | | 02/25/2025, 05:19:16 AM UTC | search | | |
| 1a58d2e6-b944-4880-8879-8634b0edc32f | Kris Davis | Loveland CO PD | 2 | 02/24/2025, 05:30:46 PM UTC 02/25/2025, 05:30:46 AM UTC | egaz66 | suspect | | | 02/25/2025, 05:19:48 AM UTC | search | | |
| db487af4-4e89-48b8-9b05-1f795ff22349 | Tim Yunger | Loveland CO PD | 2 | 02/25/2025, 03:30:33 AM UTC 02/25/2025, 05:30:33 AM UTC | EGAZ66 | arson/theft case | | | 02/25/2025, 05:22:02 AM UTC | search | | |
| 13d90c3f-e122-4348-8837-d646e19fc63f | Tim Yunger | Loveland CO PD | 2 | 01/26/2025, 04:00:00 PM UTC 02/25/2025, 12:00:00 AM UTC | EGAZ66 | arson/theft case | | | 02/25/2025, 05:22:11 AM UTC | search | | |
| 8700b0f3-2bc1-4124-9e67-9dda6d699ffc | Tim Yunger | Loveland CO PD | 1387 | 02/18/2025, 05:22:10 AM UTC 02/25/2025, 05:22:10 AM UTC | EGAZ66 | arson/theft case | | | 02/25/2025, 05:22:12 AM UTC | search | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| be117562-7894-4c37-a5f0-3a0d9f627f8e | Tim Yunger | Loveland CO PD | 2 | 02/23/2025, 06:00:37 PM UTC 02/25/2025, 06:00:37 AM UTC | EGAZ66 | arson/theft case | | | 02/25/2025, 05:37:42 AM UTC | search | | |
| be86e28a-5c03-42af-8a52-84f8961924ab | Tim Yunger | Loveland CO PD | 2 | 02/23/2025, 06:00:55 AM UTC 02/25/2025, 06:00:55 AM UTC | EGAZ66 | arson/theft case | | | 02/25/2025, 05:38:57 AM UTC | search | | |
| ddb465e9-2551-4184-a682-73610c74a4fa | Tim Yunger | Loveland CO PD | 2 | 02/24/2025, 06:00:00 PM UTC 02/25/2025, 06:00:00 AM UTC | EGAZ66 | arson/theft case | | | 02/25/2025, 05:39:03 AM UTC | search | | |
| cdecb19c-8b7f-4772-8902-50c3d335c7e2 | Zach Noble | Loveland CO PD | 2 | 02/25/2025, 05:00:42 PM UTC 02/25/2025, 07:00:42 PM UTC | egaz66 | LP25-1021 | | | 02/25/2025, 06:33:41 PM UTC | search | | |
| 1dbf4ed9-9d41-4e21-9d03-7b8ee0174153 | Zach Noble | Loveland CO PD | 2 | 02/24/2025, 07:00:43 AM UTC 02/25/2025, 07:00:43 PM UTC | egaz66 | LP25-1021 | | | 02/25/2025, 06:33:45 PM UTC | search | | |
| 0cbd1878-85a8-4b15-9dcb-84a80af9861b | Jennifer Hines | Loveland CO PD | 1388 | 01/25/2025, 07:00:00 AM UTC 02/25/2025, 07:00:15 PM UTC | egaz66 | LP25-0001021 | | | 02/25/2025, 06:42:34 PM UTC | search | | |
| 9f481466-8963-4edc-b856-8abd98d45342 | Zach Noble | Loveland CO PD | 1388 | 02/08/2025, 07:00:00 AM UTC 02/25/2025, 07:00:37 PM UTC | EGAZ66 | LP25-1021 | | | 02/25/2025, 07:01:17 PM UTC | search | | |
| 98f2b33a-1f2c-439c-9ba6-b5f422224ae3 | Zach Noble | Loveland CO PD | 1423 | 01/26/2025, 07:01:42 PM UTC 02/25/2025, 07:01:42 PM UTC | EGAZ66 | LP25-1021 | | | 02/25/2025, 07:01:44 PM UTC | lookup | | |
| ce63c2ba-0cfc-4568-b866-a117c8101bb5 | Zach Noble | Loveland CO PD | 1423 | 02/11/2025, 07:02:01 PM UTC 02/25/2025, 07:02:01 PM UTC | EGAZ66 | LP25-1021 | | | 02/25/2025, 07:02:03 PM UTC | lookup | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 018c23e3-5020-47ad-8bc9-927d9808a201 | Zach Noble | Loveland CO PD | 1423 | 01/26/2025, 07:02:20 PM UTC 02/25/2025, 07:02:20 PM UTC | EGAZ66 | LP25-1021 | | | 02/25/2025, 07:02:21 PM UTC | lookup | | |
| 526f7505-b6d3-4f01-84a7-231edcd0b8eb | Zach Noble | Loveland CO PD | 1423 | 01/26/2025, 07:02:33 PM UTC 02/25/2025, 07:02:33 PM UTC | EGAZ66 | LP25-1021 | | | 02/25/2025, 07:02:35 PM UTC | lookup | | |
| a3819f47-27bd-48dd-880b-c3a40be5b77d | Zach Noble | Loveland CO PD | 6268 | 02/11/2025, 07:02:58 PM UTC 02/25/2025, 07:02:58 PM UTC | EGAZ66 | LP25-1021 | | | 02/25/2025, 07:03:03 PM UTC | lookup | | |
| d6df8cf9-2746-412b-b8c9-0f8e43d0253d | Zach Noble | Loveland CO PD | 6268 | 01/26/2025, 07:03:12 PM UTC 02/25/2025, 07:03:12 PM UTC | EGAZ66 | LP25-1021 | | | 02/25/2025, 07:03:18 PM UTC | lookup | | |
| 7006d5e6-97a8-48fc-a39e-a303f576e977 | Zach Noble | Loveland CO PD | 6268 | 01/26/2025, 07:03:33 PM UTC 02/25/2025, 07:03:33 PM UTC | EGAZ66 | LP25-1021 | | | 02/25/2025, 07:03:39 PM UTC | lookup | | |
| 21f8024c-4c4d-4bcd-b83b-6891fb09bca9 | Zach Noble | Loveland CO PD | 6268 | 01/26/2025, 07:03:57 PM UTC 02/25/2025, 07:03:57 PM UTC | EGAZ66 | LP25-1021 | | | 02/25/2025, 07:04:02 PM UTC | lookup | | |
| 7c443d14-db4d-4386-b475-711875616567 | Mike Turay | Loveland CO PD | 2 | 02/24/2025, 10:30:02 PM UTC 02/26/2025, 12:30:02 AM UTC | EGAZ66 | lp25-00010 | | | 03/01/2025, 12:01:38 AM UTC | search | | |