# Exhibit E

| ID | Name | Org Name | Total Networks Searched | Time Frame | License Plate | Reason | Case # | Filters | Search Time | Search Type | Text Prompt | Moderation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40e63129-52f0-4aaa-ad53-31ff3b08ad4d | Shawn Gladu | Loveland CO PD | 2 | 02/07/2025, 07:00:00 AM UTC 02/07/2025, 09:30:00 AM UTC | EGA266 | LP25-0001021 | | | 02/13/2025, 07:18:38 PM UTC | search | | |
| ced56e22-0c00-4016-9f67-736c8f2a443b | Shawn Gladu | Loveland CO PD | 2 | 01/15/2025, 04:00:00 PM UTC 02/14/2025, 12:00:00 AM UTC | EGA266 | LP25-0001021 | | | 02/13/2025, 07:18:41 PM UTC | search | | |
| 830388fe-629c-456e-9fcd-3b4d46a7cfc7 | Shawn Gladu | Loveland CO PD | 1360 | 02/06/2025, 07:18:40 PM UTC 02/13/2025, 07:18:40 PM UTC | EGA266 | LP25-0001021 | | | 02/13/2025, 07:18:42 PM UTC | search | | |
| f41edbda-5a6d-4028-88a0-af9b7088fed3 | Shari Anderson | Loveland CO PD | 2 | 02/07/2025, 05:01:00 AM UTC 02/07/2025, 08:15:00 AM UTC | ega266 | suspect | | Sedan, Coupe, Toyota | 02/13/2025, 07:19:20 PM UTC | search | | |
| debc037f-6862-4bf7-898e-bf9513f77c7b | Shawn Gladu | Loveland CO PD | 2 | 01/15/2025, 04:00:00 PM UTC 02/14/2025, 12:00:00 AM UTC | EGA266 | LP25-0001021 | | | 02/13/2025, 07:23:56 PM UTC | search | | |
| a40491fc-37d6-4a3d-bfd9-798291970a4e | Shawn Gladu | Loveland CO PD | 1360 | 02/06/2025, 07:23:54 PM UTC 02/13/2025, 07:23:54 PM UTC | EGA266 | LP25-0001021 | | | 02/13/2025, 07:23:56 PM UTC | search | | |
| 5dfc9e08-25e0-45b4-8d0b-7bb2bf562d9f | Shawn Gladu | Loveland CO PD | 2 | 01/15/2025, 04:00:00 PM UTC 02/14/2025, 12:00:00 AM UTC | EGA266 | LP25-0001021 | | | 02/13/2025, 07:26:05 PM UTC | search | | |
| 84176a95-bf77-4311-84a5-9ad182f3498f | Shawn Gladu | Loveland CO PD | 1360 | 02/06/2025, 07:26:04 PM UTC 02/13/2025, 07:26:04 PM UTC | EGA266 | LP25-0001021 | | | 02/13/2025, 07:26:06 PM UTC | search | | |
| 27bb2cae-c6e4-4832-86dc-38f03d8e0b0f | Ryan Mcauley | Loveland CO PD | 1360 | 01/26/2025, 06:00:40 PM UTC 02/13/2025, 08:00:40 PM UTC | EGA266 | Arson | | | 02/13/2025, 07:41:56 PM UTC | search | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| e63d2f53-784a-4095-9a79-75dd3c805f18 | Shawn Gladu | Loveland CO PD | 2 | 01/15/2025, 04:00:00 PM UTC 02/14/2025, 12:00:00 AM UTC | EGA266 | LP25-0001021 | | | 02/13/2025, 07:56:13 PM UTC | search | | |
| 63ee085c-82a0-43ee-939f-8edc1cc36dac | Shawn Gladu | Loveland CO PD | 1360 | 02/06/2025, 07:56:11 PM UTC 02/13/2025, 07:56:11 PM UTC | EGA266 | LP25-0001021 | | | 02/13/2025, 07:56:14 PM UTC | search | | |
| e7a70fd0-3e49-48e6-8637-42e394eee015 | Ryan Mcauley | Loveland CO PD | 1360 | 01/26/2025, 06:00:40 PM UTC 02/13/2025, 08:00:40 PM UTC | EGA266 | Arson | | | 02/13/2025, 08:51:46 PM UTC | search | | |
| 5f441caa-0001-49d5-a633-d0d23dce02b8 | Hope Guest | Loveland CO PD | 1360 | 01/23/2025, 07:00:28 PM UTC 02/13/2025, 09:00:28 PM UTC | EGA266 | Arson | | | 02/13/2025, 08:54:35 PM UTC | search | | |
| 334d8fec-5b5a-4e35-86cd-8203f98a648a | Ryan Mcauley | Loveland CO PD | 1360 | 01/26/2025, 06:00:40 PM UTC 02/13/2025, 08:00:40 PM UTC | EGA266 | Arson | | | 02/13/2025, 08:59:38 PM UTC | search | | |
| 6d571c23-53cb-49e0-9c49-65d554740dc0 | Brandi Christon | Loveland CO PD | 1360 | 11/01/2024, 06:01:00 AM UTC 02/13/2025, 04:00:16 PM UTC | EGA266 | LP25-0001021 | | | 02/13/2025, 08:59:43 PM UTC | search | | |
| 64cac1ef-6a99-4888-9b8f-2a99ff6d5cdf | Brandi Christon | Loveland CO PD | 1360 | 11/01/2024, 06:01:00 AM UTC 02/13/2025, 04:00:16 PM UTC | EGA266 | LP25-0001021 | | colorado | 02/13/2025, 09:00:42 PM UTC | search | | |
| 36c588c4-db13-4c1d-8da9-5967d047beea | Ryan Mcauley | Loveland CO PD | 1360 | 01/26/2025, 06:00:40 PM UTC 02/13/2025, 08:00:40 PM UTC | EGA266 | Arson | | | 02/13/2025, 09:02:33 PM UTC | search | | |
| 6596f1c7-20f2-4352-81b7-ce676607ac0f | Ryan Mcauley | Loveland CO PD | 1360 | 01/26/2025, 06:00:40 PM UTC 02/13/2025, 08:00:40 PM UTC | EGA266 | Arson | | | 02/13/2025, 09:04:11 PM UTC | search | | |
| 368c496b-009f-4aa6-8626-59455b380a31 | Ryan Mcauley | Loveland CO PD | 1360 | 01/26/2025, 07:30:59 PM UTC 02/13/2025, 09:30:59 PM UTC | EGA266 | arson | | | 02/13/2025, 09:09:59 PM UTC | search | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8fe9d80e-9563-45c8-aa5c-2409603d58d3 | Ryan Mcauley | Loveland CO PD | 1360 | 01/26/2025, 07:30:20 PM UTC 02/13/2025, 09:30:20 PM UTC | EGA266 | arson | | | 02/13/2025, 09:20:48 PM UTC | search | | |
| ae195bda-8b20-4b62-940d-0697e2a107c3 | Ryan Mcauley | Loveland CO PD | 1360 | 02/06/2025, 09:21:43 PM UTC 02/13/2025, 09:21:43 PM UTC | EGA266 | arson | | | 02/13/2025, 09:21:45 PM UTC | search | | |
| 81b34ab0-1b72-43b3-b37f-1a51ea738c10 | Ryan Mcauley | Loveland CO PD | 1360 | 01/15/2025, 04:00:00 PM UTC 02/14/2025, 12:00:00 AM UTC | EGA266 | arson | | | 02/13/2025, 09:22:05 PM UTC | search | | |
| 731d1fd6-2a77-4851-a3cd-518791d44bff | Ryan Mcauley | Loveland CO PD | 1360 | 02/06/2025, 09:24:20 PM UTC 02/13/2025, 09:24:20 PM UTC | EGA266 | arson | | | 02/13/2025, 09:24:22 PM UTC | search | | |
| 2fdff661-602e-4166-be52-d5083eac8d76 | Ryan Mcauley | Loveland CO PD | 1360 | 01/15/2025, 04:00:00 PM UTC 02/14/2025, 12:00:00 AM UTC | EGA266 | arson | | | 02/13/2025, 09:24:41 PM UTC | search | | |
| 607cbca9-5d14-4a2e-8f81-20a6f3b9fe5b | Jennifer Hines | Loveland CO PD | 1397 | 01/14/2025, 11:32:58 PM UTC 02/13/2025, 11:32:58 PM UTC | EGA266 | LP25-0001021 | | | 02/13/2025, 11:33:01 PM UTC | lookup | | |
| 70d6ec9d-5b05-4a8d-ac36-0e2e4155dbd3 | Jennifer Hines | Loveland CO PD | 1397 | 01/14/2025, 11:33:24 PM UTC 02/13/2025, 11:33:24 PM UTC | EGA266 | LP25-0001021 | | | 02/13/2025, 11:33:27 PM UTC | lookup | | |
| 349e9c60-b0af-4966-a1ab-0714447795d8 | Jennifer Hines | Loveland CO PD | 1397 | 01/14/2025, 11:33:33 PM UTC 02/13/2025, 11:33:33 PM UTC | EGA266 | LP25-0001021 | | colorado | 02/13/2025, 11:33:36 PM UTC | lookup | | |
| 2ebff140-64a2-4e7b-b421-03487cb7672e | Ryan Mcauley | Loveland CO PD | 1360 | 01/27/2025, 12:30:49 AM UTC 02/14/2025, 02:30:49 AM UTC | EGA266 | arson | | | 02/14/2025, 02:11:16 AM UTC | search | | |
| ab816f5a-18ed-473f-a1b5-a104b9f3096b | Jenn Pfoff | Loveland CO PD | 2 | 01/28/2025, 01:30:45 PM UTC 02/14/2025, 03:30:45 PM UTC | ega266 | arson | | | 02/14/2025, 03:12:50 PM UTC | search | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8fa6edce-002f-43a9-94bf-03e833f0646d | Jenn Pfoff | Loveland CO PD | 7 | 01/28/2025, 01:30:45 PM UTC 02/14/2025, 03:30:45 PM UTC | ega266 | arson | | | 02/14/2025, 03:16:19 PM UTC | search | | |
| 34ccf371-7492-49d4-b58b-48bdb1d7fbbf | Jenn Pfoff | Loveland CO PD | 1360 | 02/07/2025, 03:18:32 PM UTC 02/14/2025, 03:18:32 PM UTC | EGA266 | arson | | | 02/14/2025, 03:18:33 PM UTC | search | | |
| 80ead1ce-f7f4-4ac8-ab5e-d863e88bee13 | Jenn Pfoff | Loveland CO PD | 7 | 01/16/2025, 04:00:00 PM UTC 02/15/2025, 12:00:00 AM UTC | EGA266 | arson | | | 02/14/2025, 03:18:33 PM UTC | search | | |
| a82b2e94-9634-4327-aaae-20cdbc61e958 | Jenn Pfoff | Loveland CO PD | 1 | 02/08/2025, 04:00:00 AM UTC 02/08/2025, 10:00:00 PM UTC | ega266 | arson | | | 02/14/2025, 05:10:44 PM UTC | search | | |
| 9c51decc-03c4-4720-88fc-605e50cdb9e1 | Jenn Pfoff | Loveland CO PD | 2 | 02/08/2025, 04:00:00 AM UTC 02/08/2025, 10:00:00 PM UTC | ega266 | arson | | | 02/14/2025, 05:11:00 PM UTC | search | | |
| 00870911-7846-4ee4-a07c-4a9a968d535d | Jenn Pfoff | Loveland CO PD | 2 | 02/07/2025, 04:00:00 AM UTC 02/08/2025, 10:00:00 PM UTC | ega266 | arson | | | 02/14/2025, 05:11:08 PM UTC | search | | |
| c6760e3b-c742-4bde-b0ed-8ffa6e099eee | Jenn Pfoff | Loveland CO PD | 3 | 02/07/2025, 04:00:00 AM UTC 02/08/2025, 10:00:00 PM UTC | ega266 | arson | | | 02/14/2025, 05:11:58 PM UTC | search | | |
| 5b6179b8-3a1a-486b-b78e-c7c714e16ea6 | Jenn Pfoff | Loveland CO PD | 3 | 02/03/2025, 04:00:00 AM UTC 02/03/2025, 10:00:00 PM UTC | ega266 | arson | | | 02/14/2025, 05:13:01 PM UTC | search | | |
| b0c09ccf-1cba-43c2-a4a7-884274546427 | Jenn Pfoff | Loveland CO PD | 1360 | 02/03/2025, 04:00:00 AM UTC 02/03/2025, 10:00:00 PM UTC | ega266 | arson | | | 02/14/2025, 05:13:06 PM UTC | search | | |
| 482cb45a-fb04-4687-bf10-6889283c818c | Jenn Pfoff | Loveland CO PD | 1360 | 01/29/2025, 09:00:00 PM UTC 02/14/2025, 10:00:00 PM UTC | ega266 | arson | | | 02/14/2025, 05:17:36 PM UTC | search | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| d9640dfb-821b-4170-bb68-aa984719006b | Jennifer Hines | Loveland CO PD | 1360 | 02/13/2025, 07:00:00 AM UTC<br>02/14/2025, 12:30:00 AM UTC | EGA266 | LP25-0001021 | | | 02/14/2025, 12:15:22 AM UTC | search | | |
| 45528fbe-54f8-4e61-915b-f61e49158c45 | Jennifer Hines | Loveland CO PD | 1397 | 01/15/2025, 12:18:52 AM UTC<br>02/14/2025, 12:18:52 AM UTC | EGA266 | LP25-0001021 | | | 02/14/2025, 12:18:54 AM UTC | lookup | | |
| 1382d98e-d90c-4a37-9fd8-0c804c520462 | Jennifer Hines | Loveland CO PD | 1360 | 01/13/2025, 10:00:14 PM UTC<br>02/14/2025, 01:00:00 AM UTC | EGA266 | LP25-0001021 | | | 02/14/2025, 12:52:39 AM UTC | search | | |
| 5eb6877f-a67d-45d7-947f-387876ed893a | Hope Guest | Loveland CO PD | 2 | 01/29/2025, 04:30:19 PM UTC<br>02/15/2025, 06:30:19 PM UTC | EGA266 | arson | | | 02/15/2025, 06:24:35 PM UTC | search | | |
| 26b2d45c-c8d4-41f9-be81-65fd3c82e13f | Hope Guest | Loveland CO PD | 1360 | 01/29/2025, 04:30:19 PM UTC<br>02/15/2025, 06:30:19 PM UTC | EGA266 | arson | | | 02/15/2025, 06:24:49 PM UTC | search | | |
| 34f4a23d-cebc-4dbe-b11c-335783002645 | Hope Guest | Loveland CO PD | 1360 | 01/29/2025, 04:30:19 PM UTC<br>02/15/2025, 06:30:19 PM UTC | EGA266 | arson | | | 02/15/2025, 09:38:34 PM UTC | search | | |
| 281188fe-4b03-4809-83ba-5c11f6390a78 | Hope Guest | Loveland CO PD | 1361 | 01/29/2025, 07:00:08 PM UTC<br>01/30/2025, 06:30:00 AM UTC | ega266 | Arson Susp | | | 02/16/2025, 08:43:47 PM UTC | search | | |
| bdce7663-8182-40d3-9623-7fe8e8aa95b8 | Hope Guest | Loveland CO PD | 1361 | 01/29/2025, 07:00:08 PM UTC<br>02/16/2025, 09:00:00 PM UTC | EGA266 | Arson Susp | | | 02/16/2025, 09:29:08 PM UTC | search | | |
| 9bcdb27a-a3e1-4622-94a1-6a122bd79bec | Jenn Pfoff | Loveland CO PD | 1361 | 02/14/2025, 03:30:45 PM UTC<br>02/17/2025, 05:30:45 PM UTC | ega266 | arson | | | 02/17/2025, 05:10:17 PM UTC | search | | |
| 4148f0c9-cf4c-4e74-b08f-814fa4f24d87 | Jenn Pfoff | Loveland CO PD | 1361 | 02/14/2025, 03:30:45 PM UTC<br>02/17/2025, 05:30:45 PM UTC | ega266 | arson | | | 02/17/2025, 05:32:11 PM UTC | search | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 62ca243d-6be8-4f1d-85b9-741f29b4a6a6 | Jenn Pfoff | Loveland CO PD | 1362 | 02/17/2025, 09:00:34 AM UTC 02/18/2025, 11:00:34 AM UTC | ega266 | arson | | | 02/18/2025, 10:51:59 AM UTC | search | | |
| bc5d1fdb-cc59-441a-ab10-325d37f4b82d | Jenn Pfoff | Loveland CO PD | 2 | 02/17/2025, 10:00:48 AM UTC 02/18/2025, 12:00:48 PM UTC | ega266 | arson | | | 02/18/2025, 12:28:27 PM UTC | search | | |
| 2c3fd00f-ee58-4c32-99e0-f4af4cb6fe39 | Zach Noble | Loveland CO PD | 6268 | 01/26/2025, 07:07:09 PM UTC 02/25/2025, 07:07:09 PM UTC | EGA266 | LP25-1021 | | | 02/25/2025, 07:07:14 PM UTC | lookup | | |
| 5190c67e-e8cf-4036-9130-e7a78f488716 | Zach Noble | Loveland CO PD | 6268 | 01/26/2025, 07:08:08 PM UTC 02/25/2025, 07:08:08 PM UTC | EGA266 | LP25-1021 | | colorado | 02/25/2025, 07:08:13 PM UTC | lookup | | |
| 8eba9f0f-d77a-4cfa-b8d7-59defca0236f | Zach Noble | Loveland CO PD | 6268 | 01/26/2025, 07:08:33 PM UTC 02/25/2025, 07:08:33 PM UTC | EGA266 | LP25-1021 | | | 02/25/2025, 07:08:38 PM UTC | lookup | | |
| 9542e630-8af9-4ea4-ba18-d9cb430ab0dc | Zach Noble | Loveland CO PD | 6268 | 01/26/2025, 07:09:14 PM UTC 02/25/2025, 07:09:14 PM UTC | EGA266 | LP25-1021 | | colorado | 02/25/2025, 07:09:20 PM UTC | lookup | | |
| 17408bd6-bd14-49c8-8766-42b63a67ee69 | Zach Noble | Loveland CO PD | 6268 | 01/26/2025, 07:09:35 PM UTC 02/25/2025, 07:09:35 PM UTC | EGA266 | LP25-1021 | | | 02/25/2025, 07:09:40 PM UTC | lookup | | |
| 8999c176-1f95-47af-b838-b383ab2dbd1f | Zach Noble | Loveland CO PD | 6268 | 01/26/2025, 07:10:11 PM UTC 02/25/2025, 07:10:11 PM UTC | EGA266 | LP25-1021 | | | 02/25/2025, 07:10:17 PM UTC | lookup | | |