# Exhibit F

| | | | | | |
|---|---|---|---|---|---|
| 2025-02-19T16:04:53.803Z | Zach Noble | update | customHotlist | Name: Tesla Arson Vehs of Interest<br>Organization Hotlist: No<br>Audience Users: Jenn Pfoff, Jennifer Hines, Mariah Kroschel, Mike Turay, Zach Noble, Ryan Mcauley, Mark Geyer, Gerardo Cortina, Shawn Gladu<br>Audience Roles: | e649aed9-41e1-5009-9a52-5e73b13f0dc3 |
| 2025-02-14T17:19:21.443Z | Zach Noble | update | customHotlist | Name: Tesla Arson Vehs of Interest<br>Organization Hotlist: No<br>Audience Users: Jennifer Hines, Mariah Kroschel, Mike Turay, Zach Noble, Ryan Mcauley, Mark Geyer, Gerardo Cortina, Shawn Gladu<br>Audience Roles: | 3c2f25b0-b523-58f0-b0d0-ef68a8574b5d |
| 2025-02-14T17:09:51.124Z | Zach Noble | create | Custom Hotlist Entry | Hotlist Name: Tesla Arson Vehs of Interest<br>License: DYWC65<br>State:<br>Reason: Nelson's Mother's Prius<br>Case: LP25-1021<br>Expiry: 2025-03-16T15:57:46.626Z<br>Consolidated: false | 3fd337d3-a727-51d6-be06-e03b4b415e56 |

| | | | | | |
|---|---|---|---|---|---|
| 2025-02-14T17:07:40.488Z | Zach Noble | create | Custom Hotlist Entry | Hotlist Name: Tesla Arson Vehs of Interest<br>License: EGA266<br>State:<br>Reason: Nelson's Prius<br>Case: LP25-1021<br>Expiry: 2025-03-16T15:57:46.626Z<br>Consolidated: false | 7587049e-b5ae-5c8e-a37d-3ceeb42534a9 |
| 2025-02-14T17:06:17.634Z | Zach Noble | create | Custom Hotlist Entry | Hotlist Name: Tesla Arson Vehs of Interest<br>License: EGAZ66<br>State:<br>Reason: Nelson's Prius<br>Case: LP25-1021<br>Expiry: 2025-03-16T15:57:46.626Z<br>Consolidated: false | f37cc9c0-44cd-5984-a728-41b4130dc3f0 |
| 2025-02-14T17:05:19.864Z | Zach Noble | create | Custom Hotlist Entry | Hotlist Name: Tesla Arson Vehs of Interest<br>License: BPQP15<br>State:<br>Reason: Nelson's Brother-in-Law's Prius<br>Case: LP25-1021<br>Expiry: 2025-03-16T15:57:46.626Z<br>Consolidated: false | e198ce2a-0631-5073-881c-304a100139b7 |

| | | | | | |
|---|---|---|---|---|---|
| 2025-02-14T17:03:53.295Z | Zach Noble | create | Custom Hotlist Entry | Hotlist Name: Tesla Arson Vehs of Interest<br>License: E0ZT35<br>State:<br>Reason: Nelson's Niece's Spark<br>Case: LP25-1021<br>Expiry: 2025-03-16T15:57:46.626Z<br>Consolidated: false | 4869646b-619d-5d88-b63a-859c20ce055a |
| 2025-02-14T17:02:23.873Z | Zach Noble | create | Custom Hotlist Entry | Hotlist Name: Tesla Arson Vehs of Interest<br>License: CYJS21<br>State:<br>Reason: Nelson's Sister's Vehicle<br>Case: LP25-1021<br>Expiry: 2025-03-16T15:57:46.626Z<br>Consolidated: false | 41738a9d-33ca-5215-9a00-00ed30f1c451 |
| 2025-02-14T17:01:27.172Z | Zach Noble | create | Custom Hotlist Entry | Hotlist Name: Tesla Arson Vehs of Interest<br>License: HDB0175<br>State:<br>Reason: Nelson's Niece's Civic TX Plates<br>Case: LP25-1021<br>Expiry: 2025-03-16T15:57:46.626Z<br>Consolidated: false | bf220611-d0d9-591f-8a60-4311d789dc9a |

| | | | | | |
|---|---|---|---|---|---|
| 2025-02-14T16:59:48.146Z | Zach Noble | create | Custom Hotlist Entry | Hotlist Name: Tesla Arson Vehs of Interest<br>License: CPKA19<br>State:<br>Reason: Nelson's Niece's Civic<br>Case: LP25-1021<br>Expiry: 2025-03-16T15:57:46.626Z<br>Consolidated: false | 7b3eb4ca-74ca-5f27-a39c-04cade26e2f0 |
| 2025-02-14T16:57:24.576Z | Zach Noble | create | customHotlist | Name: Tesla Arson Vehs of Interest<br>Organization Hotlist: No<br>Audience Users: Jennifer Hines, Mariah Kroschel, Mike Turay, Zach Noble, Ryan Mcauley, Mark Geyer, Gerardo Cortina<br>Audience Roles: | 94cf2956-afd1-51a8-ac55-6bf3a3bf92f0 |