# Exhibit A

**Date Printed: 07/27/2026**

**People Of The State Of Colorado Vs. Nelson, Lucy Grace - 2025CR294 - Larimer County**

CONFIDENTIAL

## Summary

| | | |
|---|---|---|
| **Case #:** 2025CR294 (District) | **Location:** Larimer County | **Date Filed:** 2025-02-25 |
| **Case Status:** Mandatory Injunction Granted; | **Date Case Closed:** N/A | **Date of Speedy Trial:** N/A |
| **Case Type:** Weapon | **Appealed:** N | **E-Filed:** N |
| **Judge or Magistrate:** Carroll Michelle Brinegar | **Division:** 4A | **Bar Number:** 20727 |
| **Related Cases:** N/A | | |

## Participants

| | | |
|---|---|---|
| **Party Type:** Defendant | **Person Status:** Restrained ; | |
| **Name:** Nelson, Lucy Grace | **Addresses & Phone Numbers** | **Attorneys** |
| **Alias:**<br>Nelson, Justin Thomas | Active Address<br>[redacted]<br>Home : [redacted] | **Attorney Role:** Deputy Public Defender<br>**Attorney Name:** Jasinski, Daniel William<br>**Attorney Bar #:** 43944<br>**Primary Attorney:** Yes |
| **Birthdate:** [redacted]<br>**Gender:** F<br>**Race:** W<br>**Drivers License:**<br>**SSN:** [redacted]<br>**StateID:** [redacted] | | |

| | | |
|---|---|---|
| **Party Type:** Impartial | **Person Status:** Not Applicable | |
| **Name:** Non-party, | **Addresses & Phone Numbers** | **Attorneys** |
| **Alias:** | | |
| **Birthdate:**<br>**Gender:**<br>**Race:**<br>**Drivers License:**<br>**SSN:**<br>**StateID:** | | |

| | | |
|---|---|---|
| **Party Type:** Impartial | **Person Status:** Not Applicable | |
| **Name:** Non-party, | **Addresses & Phone Numbers** | **Attorneys** |

CONFIDENTIAL

| | | |
|---|---|---|
| **Alias:** | | |
| **Birthdate:**<br>**Gender:**<br>**Race:**<br>**Drivers License:**<br>**SSN:**<br>**StateID:** | | |

| | | |
|---|---|---|
| **Party Type:** Impartial | **Person Status:** Not Applicable | |
| **Name:** Non-party, | **Addresses & Phone Numbers** | **Attorneys** |
| **Alias:** | | |
| **Birthdate:**<br>**Gender:**<br>**Race:**<br>**Drivers License:**<br>**SSN:**<br>**StateID:** | | |

| | | |
|---|---|---|
| **Party Type:** Impartial | **Person Status:** Not Applicable | |
| **Name:** Non-party, | **Addresses & Phone Numbers** | **Attorneys** |
| **Alias:** | | |
| **Birthdate:**<br>**Gender:**<br>**Race:**<br>**Drivers License:**<br>**SSN:**<br>**StateID:** | | |

| | | |
|---|---|---|
| **Party Type:** The People of the State of CO | **Person Status:** Not Applicable | |
| **Name:** The People Of The State Of Colorado, | **Addresses & Phone Numbers** | **Attorneys** |
| **Alias:** | | **Attorney Role:** Deputy District Attorney<br>**Attorney Name:** Hardouin, Brian J<br>**Attorney Bar #:** 41442<br>**Primary Attorney:** No<br><br>**Attorney Role:** Deputy District Attorney<br>**Attorney Name:** Hardouin, Brian J<br>**Attorney Bar #:** 41442<br>**Primary Attorney:** No |
| **Birthdate:**<br>**Gender:**<br>**Race:**<br>**Drivers License:** | | |

CONFIDENTIAL

| | |
|---|---|
| **SSN:**<br>**StateID:** | |

| | | |
|---|---|---|
| **Party Type:** Victim | **Person Status:** Not Applicable | |
| **Name:** Tesla Dealership, | **Addresses & Phone Numbers** | **Attorneys** |
| **Alias:** | Active Address<br>1606 N Lincoln Ave<br>Loveland CO 80537 | |
| **Birthdate:**<br>**Gender:**<br>**Race:**<br>**Drivers License:**<br>**SSN:**<br>**StateID:** | | |

| | | |
|---|---|---|
| **Party Type:** Victim | **Person Status:** Not Applicable | |
| **Name:** Tesla, | **Addresses & Phone Numbers** | **Attorneys** |
| **Alias:** | Active Address<br>1606 North Lincoln Avenue<br>Loveland CO 80538<br><br>Business : (970) 5416691 | |
| **Birthdate:**<br>**Gender:**<br>**Race:**<br>**Drivers License:**<br>**SSN:**<br>**StateID:** | | |

**Charges / Dispositions**

**Arresting Agency**

| | | |
|---|---|---|
| **Arresting Agency:** Loveland Police Dept | **Arrest Date:** 2025-02-24 | **Arrest Time:** |
| **Ticket/Summons Number:** | **Arrest Number:** LP2500500 | **Case Number:** LP25-0001021 |

**Arrest Charges**

| | | | |
|---|---|---|---|
| **Charge Number:** 1 | **Charge:** Explosive/incendiary Dev-use In Felony Error | | **Status:** Arrest Only Charge |
| **Offense Date From:** 2025-02-24 | **Offense Date To:** | **Offense Time:** | |
| **Class:** F3 (Class 3 Felony) | **BAC:** 0.000 | **Statute:** 18-2-101 | |

| | | | |
|---|---|---|---|
| **Charge Number:** 2 | **Charge:** Explosive/incendiary Dev-use In Felony | | **Status:** Arrest Only Charge |
| **Offense Date From:** 2025-02-24 | **Offense Date To:** | **Offense Time:** | |

| | | |
|---|---|---|
| **Class:** F2 (Class 2 Felony) | **BAC:** 0.000 | **Statute:** 18-12-109(4) |

| | | |
|---|---|---|
| **Charge Number:** 3 | **Charge:** Criminal Mischief-$2000-$5000 | **Status:** Arrest Only Charge |
| **Offense Date From:** 2025-02-24 | **Offense Date To:** | **Offense Time:** |
| **Class:** F6 (Class 6 Felony) | **BAC:** 0.000 | **Statute:** 18-4-501(1),(4)(d) |

**Final Disposition on Charges**

| | | |
|---|---|---|
| **Charge Number:** 1 | **Charge:** Explosive/incendiary Dev-use In Felony | **Status:** Main Charge |
| **Offense Date From:** 2025-01-29 | **Offense Date To:** | **Offense Time:** |
| **Class:** F2 (Class 2 Felony) | **BAC:** 0.000 | **Statute:** 18-12-109(4) |

| | | |
|---|---|---|
| **Charge Number:** 2 | **Charge:** Explosive/incendiary Device-possession | **Status:** Main Charge |
| **Offense Date From:** 2025-01-29 | **Offense Date To:** | **Offense Time:** |
| **Class:** F5 (Class 5 Felony) | **BAC:** 0.000 | **Statute:** 18-12-109(2)(a) |

| | | |
|---|---|---|
| **Charge Number:** 2 | **Charge:** Arson 2-value $100k-$1m-att | **Status:** Amended |
| **Offense Date From:** 2025-01-29 | **Offense Date To:** | **Offense Time:** |
| **Class:** F4 (Class 4 Felony) | **BAC:** 0.000 | **Statute:** 18-4-103(1),(2)(g) |

| | | |
|---|---|---|
| **Charge Number:** 3 | **Charge:** Arson 2-value $100k-$1m-att | **Status:** Main Charge |
| **Offense Date From:** 2025-01-29 | **Offense Date To:** | **Offense Time:** |
| **Class:** F4 (Class 4 Felony) | **BAC:** 0.000 | **Statute:** 18-4-103(1),(2)(g) |

| | | |
|---|---|---|
| **Charge Number:** 3 | **Charge:** Criminal Mischief-$2000-$5000 | **Status:** Amended |
| **Offense Date From:** 2025-01-29 | **Offense Date To:** | **Offense Time:** |
| **Class:** F6 (Class 6 Felony) | **BAC:** 0.000 | **Statute:** 18-4-501(1),(4)(d) |

| | | |
|---|---|---|
| **Charge Number:** 4 | **Charge:** Explosive/incendiary Dev-use In Felony | **Status:** Main Charge |
| **Offense Date From:** 2025-01-29 | **Offense Date To:** | **Offense Time:** |
| **Class:** F2 (Class 2 Felony) | **BAC:** 0.000 | **Statute:** 18-12-109(4) |

| | | |
|---|---|---|
| **Charge Number:** 5 | **Charge:** Explosive/incendiary Device-possession | **Status:** Main Charge |
| **Offense Date From:** 2025-01-29 | **Offense Date To:** | **Offense Time:** |

CONFIDENTIAL

CONFIDENTIAL

| | | |
|---|---|---|
| **Class:** F5 (Class 5 Felony) | **BAC:** 0.000 | **Statute:** 18-12-109(2)(a) |

| | | | |
|---|---|---|---|
| **Charge Number:** 6 | **Charge:** Arson 2-value $100k-$1m-att | | **Status:** Main Charge |
| **Offense Date From:** 2025-01-29 | **Offense Date To:** | **Offense Time:** | |
| **Class:** F4 (Class 4 Felony) | **BAC:** 0.000 | **Statute:** 18-4-103(1),(2)(g) | |

| | | | |
|---|---|---|---|
| **Charge Number:** 7 | **Charge:** Explosive/incendiary Parts-possession | | **Status:** Main Charge |
| **Offense Date From:** 2025-01-29 | **Offense Date To:** | **Offense Time:** | |
| **Class:** F5 (Class 5 Felony) | **BAC:** 0.000 | **Statute:** 18-12-109(6) | |

| | | | |
|---|---|---|---|
| **Charge Number:** 8 | **Charge:** Arson 2-value $100k-$1m-att | | **Status:** Main Charge |
| **Offense Date From:** 2025-01-29 | **Offense Date To:** | **Offense Time:** | |
| **Class:** F4 (Class 4 Felony) | **BAC:** 0.000 | **Statute:** 18-4-103(1),(2)(g) | |

| | | | |
|---|---|---|---|
| **Charge Number:** 9 | **Charge:** Explosive/incendiary Device-manuf/sent | | **Status:** Main Charge |
| **Offense Date From:** 2025-01-29 | **Offense Date To:** | **Offense Time:** | |
| **Class:** F4 (Class 4 Felony) | **BAC:** 0.000 | **Statute:** 18-12-109(2)(b) | |

| | | | |
|---|---|---|---|
| **Charge Number:** 10 | **Charge:** Criminal Mischief-$2000-$5000 | | **Status:** Main Charge |
| **Offense Date From:** 2025-01-29 | **Offense Date To:** | **Offense Time:** | |
| **Class:** F6 (Class 6 Felony) | **BAC:** 0.000 | **Statute:** 18-4-501(1),(4)(d) | |

**Hearings/Trials**

| Date | Time | Appearance | Room # | Type/Note | Status | Judge/Bar Number |
|---|---|---|---|---|---|---|
| 2026-10-06 | 10:30 AM | IN PERSON | 4A | Disposition Hearing NOTE: ABND | | Carroll Michelle Brinegar (20727) |
| 2026-06-18 | 11:00 AM | IN PERSON | 4A | Disposition Hearing NOTE: ABND | Held and Continued | Carroll Michelle Brinegar (20727) |
| 2026-03-24 | 09:30 AM | IN PERSON | 4A | Disposition Hearing NOTE: ABND | Hearing Held | Carroll Michelle Brinegar (20727) |
| 2026-01-20 | 01:30 PM | IN PERSON | 4A | Disposition Hearing NOTE: OB | Held and Continued | Carroll Michelle Brinegar (20727) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2025-11-14 | 09:00 AM | IN PERSON | 5A | Disposition Hearing<br>NOTE: OB | Held and Continued | Stephen John Jouard (15078) |
| 2025-09-26 | 11:00 AM | IN PERSON | 5A | Disposition Hearing<br>NOTE: OB | Held and Continued | Stephen John Jouard (15078) |
| 2025-08-27 | 11:30 AM | IN PERSON | 5A | Disposition Hearing<br>NOTE: OB | Held and Continued | Stephen John Jouard (15078) |
| 2025-07-18 | 02:00 PM | IN PERSON | 5A | Disposition Hearing<br>NOTE: OB | Held and Continued | Stephen John Jouard (15078) |
| 2025-06-06 | 11:30 AM | IN PERSON | 5A | Disposition Hearing<br>NOTE: OB | Held and Continued | Stephen John Jouard (15078) |
| 2025-05-09 | 11:30 AM | IN PERSON | 5A | Disposition Hearing<br>NOTE: OB | Held and Continued | Stephen John Jouard (15078) |
| 2025-03-25 | 09:00 AM | IN PERSON | 5A | Disposition Hearing<br>NOTE: OB | Held and Continued | Stephen John Jouard (15078) |
| 2025-03-21 | 10:30 AM | IN PERSON | 5A | Appearance of Counsel<br>NOTE: OB / HBND | Hearing Held | Stephen John Jouard (15078) |
| 2025-03-07 | 08:30 AM | IN PERSON | 5A | First Appearance<br>NOTE: OB | Hearing Held | Stephen John Jouard (15078) |
| 2025-02-25 | 01:30 PM | VIRTUAL | 1A | Hearing on Advisement<br>NOTE: IC | Hearing Held | Jill Teresa Sage (47881) |

**Other Case Activities**

| Date | Code | Details/Notes |
|---|---|---|
| 2026-06-18 | MINC | Minute Order (print)<br>Cmb/cab<br>Dig Rec 11:17<br>Def Appears In Court In Person On Bond<br>Dda Bowker Appears In Court In Person<br>Atd Jasinski Appears In Court In Person<br>Atd Rqsts This Case Be Reset For A Few Weeks To Trail Federal Case That Is<br>Currenlty Set For Trial In August<br>Def To Cont On Bond<br>Matter Cont To 10/06/26 At 1030 Am /cab |
| 2026-03-24 | MINC | Minute Order (print)<br>Cmb/cab<br>Dig Rec 9:47<br>Def Appears In Court In Person On Bond<br>Dda Hardioun Appears In Court In Person<br>Atd Jasinski Appears In Court In Person<br>Atd Advises The Court This Is Being Investigated And Prosecuted On A Federal |

CONFIDENTIAL

| | | |
|---|---|---|
| | | Level And Rqsts The Court Reset This Case<br>Def To Cont On Bond<br>Matter Cont To 06/18/26 At 1100 Am /cab |
| 2026-01-20 | MINC | Minute Order (print)<br>Cmb/cab<br>Dig Rec 2:01<br>Def Appears In Court In Person On Bond<br>Dda Hardioun Appears In Court In Person<br>Atd Jasinski Appears In Court In Person<br>Atd Rqsts This Case Be Reset For A Few Weeks And Advises The Court This Case<br>Is Also Being Federally Investigated And That Is Delaying This Case<br>Def To Cont On Bond<br>Matter Cont To 03/24/26 At 930 Am /cab |
| 2025-11-14 | MINC | Minute Order (print)<br>Disp Sjj Dig Rec: 9:26am<br>Dda B. Hardouin<br>Dpd D. Jasinski<br>Def Appears In Person On Bond<br>Dpd Jasinski Advises Still Waiting On Federal Case, It Is Set For Trial In February.<br>Jasinski Requests Additional Continuance.<br>Matter Contd To 01/20/26 At 1:30pm<br>Bond Contd /mlk |
| 2025-09-26 | MINC | Minute Order (print)<br>Disp Sjj Dig Rec: 11:09am<br>Dda B. Hardouin<br>Dpd D. Jasinski<br>Def Appears In Person On Bond<br>Dpd Jasinski Advises Still No Offer From Da Yet, Da Waiting On Federal Case.<br>Jasinski Requests Additional Continuance.<br>Matter Contd To 11/14/2025 At 9:00am<br>Bond Contd /mlk |
| 2025-08-27 | MINC | Minute Order (print)<br>Disp Sjj Dig Rec: 11:40am<br>Dda B. Hardouin<br>Dpd D. Jasinski<br>Def Appears In Person On Bond<br>Dpd Jasinski Advises He Has An Appointment With Federal Pd On Friday. No<br>Offer From Da Yet, Jasinski Requests Additional 30 Day Continuance.<br>Matter Contd To 09/26/2025 At 11:00am<br>Bond Contd /mlk |
| 2025-07-18 | MINC | Minute Order (print)<br>Disp Sjj Dig Rec: 2:18pm<br>Dda Brian Hardouin<br>Dpd Samantha House On Behalf Of Dan Jasinski<br>Def Appears In Person On Bond<br>Court Received Information Regarding Defendants Fully Compliance With Bond<br>Conds Specifically To Gps; Court Grants Motion To Modify Bond Conditions As<br>It Relates To Gps Monitoring.<br>Da Hardouin Requests Continuance For At Least 6 Weeks As The Federal<br>Companion Case Certianly Drives The Negotiations In This Case. |

| | | |
|---|---|---|
| | | Matter Contd To 08/27/2025 At 11:30am<br>Bond Contd /mlk |
| 2025-06-16 | MOTN | Motion<br>DEF1/ Nelson, Lucy Grace<br>Renewed Motion To Remove Gps Monitoring 80df963c5891b |
| 2025-06-06 | MINC | Minute Order (print)<br>Disp Sjj Dig Rec: 11:48am<br>Dda Brian Hardouin<br>Dpd Dan Jasinski<br>Def Appears In Person On Bond<br>Court Hears Argument Regarding Modifcation Of Bond Conds For Gps; Dpd Jasinski To File Pts Summary In Support Of Bond Mod.<br>Dpd Jasinski No Offer Yet Requests Continuance.<br>Matter Contd To 07/18/2025 At 2:00pm<br>Bond Contd /mlk |
| 2025-06-06 | RPRT | Report<br>IMP4/ Non-party,<br>Pretrial Services Supervision Status Report |
| 2025-05-09 | MINC | Minute Order (print)<br>Disp Sjj Dig Rec: 11:55am<br>Dda Brian Hardouin<br>Def Appears In Person On Bond<br>Court Addresses Defense Motion To Remove Gps Bond Conds<br>Court Hears Argument; Court Does Not Remove Gps As Conds Of Bond.<br>Dpd Jasinski No Offer Yet Requests Continuance.<br>Matter Contd To 06/06/2025 At 11:30am<br>Bond Contd /mlk |
| 2025-05-07 | MOTN | Motion<br>DEF1/ Nelson, Lucy Grace<br>Motion To Remove Gps Monitor A2afbd7dcea34 |
| 2025-03-25 | MINC | Minute Order (print)<br>Disp Sjj Dig Rec: 9:01am /9:17am<br>Dda Brian Hardouin<br>Def Appears In Person On Bond<br>Court Addresses Peoples Motion To Modify Bond.<br>Court Hears Argument; Court Does Not Revoke Or Modify The Amount Of Bond.<br>Court Adds Gps To Defs Conditions Of Bond.<br>Court Addresses Pts Request To Have Def Report; Def To Report Today.<br>Def To Report To Pts To Have Gps Added Wi 24hrs.<br>Matter Contd To 05/09/2025 At 11:30am<br>Bond Contd /mlk |
| 2025-03-24 | EXHB | Exhibit-attach To Pleading/doc<br>DEF1/ Nelson, Lucy Grace<br>Exhibit - Federal Bond 2df52ae345d23 |
| 2025-03-24 | RSPN | Response<br>DEF1/ Nelson, Lucy Grace<br>Response To Motion To Modify Bond 2df52ae345d23 |
| 2025-03-21 | ENTR | Entry Of Appearance<br>DEF1/ Nelson, Lucy Grace<br>Entry Of Appearance, Request For Discovery, And Request For A Preliminary<br>Hearing 21a85cbe56dcc |

CONFIDENTIAL CONFIDENTIAL CONFIDENTIAL CONFIDENTIAL CONFIDENTIAL CONFIDENTIAL CONFIDENTIAL

CONFIDENTIAL

| | | |
|---|---|---|
| 2025-03-21 | MINC | Minute Order (print)<br>Appc Sjj Dig Rec: 10:30am<br>Dda Brian Hardouin<br>Def Appears In Person On Bond<br>Def To Applied For Pd And Qualifies.<br>Court Appoints Dpd Dan Jasinski<br>Court Addresses Peoples Motion To Modify Bond; Dpd Jasinski Requests Matter<br>Be Setover For Him To Have Time To Review Motion.<br>Court Sets Matter Over And Requests Da Clarify Dates In Motion.<br>Matter Contd To 03/25/2025 At 9:00am<br>Bond Contd /mlk |
| 2025-03-17 | MOTN | Motion<br>PPL1/ The People Of The State Of Colorado,<br>Motion To Modify Bond And Bond Conditions 7e733886e43f4 |
| 2025-03-17 | PORD | Proposed Order<br>PPL1/ The People Of The State Of Colorado,<br>Order To Modify Bond And Bond Conditions 7e733886e43f4 |
| 2025-03-12 | ORDR | Order<br>Ruling: Granted, Document Title: Order:order Granting Motion To Amend Complaint |
| 2025-03-11 | ENTR | Entry Of Appearance<br>DEF1/ Nelson, Lucy Grace<br>Filed In The Wrong Case 9c225fc5ebc57 |
| 2025-03-11 | MOTN | Motion<br>DEF1/ Nelson, Lucy Grace<br>Motion To Continue 9c225fc5ebc57 |
| 2025-03-10 | ACMP | Complaint - Amended<br>PPL1/ The People Of The State Of Colorado,<br>Amended Complaint And Information A5e28868f5643 |
| 2025-03-10 | MOTN | Motion<br>PPL1/ The People Of The State Of Colorado,<br>Motion For Amended Complaint As To Count(s) 1-10 A5e28868f5643 |
| 2025-03-10 | PORD | Proposed Order<br>PPL1/ The People Of The State Of Colorado,<br>Order Granting Motion To Amend Complaint A5e28868f5643 |
| 2025-03-07 | MINC | Minute Order (print)<br>Fapp Sjj Dig Rec: 8:47am<br>Dda Brian Hardouin<br>Def Appears In Person On Bond<br>Def To Apply For Pd.<br>Dda Hardouin Requests Advises The People Will Be Filing Additional Charges<br>And Request Matter Be Set For Hearing To Address Bond And Bond Conditions.<br>Matter Contd To 03/21/2025 At 10:30am<br>Bond Contd /mlk |
| 2025-03-07 | ORDR | Order<br>Ruling: Granted, Document Title: Order Granting Motion To Amend Defendant's<br>Date Of Birth |

| | | |
|---|---|---|
| 2025-03-05 | MOTN | Motion<br>PPL1/ The People Of The State Of Colorado,<br>Motion To Amend Defendant's Date Of Birth F30351394fef4 |
| 2025-03-05 | PORD | Proposed Order<br>PPL1/ The People Of The State Of Colorado,<br>Order To Amend Defendant's Date Of Birth F30351394fef4 |
| 2025-03-04 | ORDR | Order<br>Ruling: Reviewed, Document Title: Order:motion To Inform The Court |
| 2025-02-28 | FCMP | Felony Complaint Filed<br>PPL1/ The People Of The State Of Colorado,<br>Complaint And Information 35b4cad8ffbc8 |
| 2025-02-27 | MOTN | Motion<br>IMP3/ Non-party,<br>Motion To Inform The Court |
| 2025-02-26 | BOND | Appearance Bond<br>DEF1/ Nelson, Lucy Grace<br>Appearance Bond |
| 2025-02-26 | WVEX | Waiver Of Extradition<br>DEF1/ Nelson, Lucy Grace<br>Waiver Of Extradition |
| 2025-02-25 | ASWA | Affi In Suppt-warrantless Arr<br>PPL1/ The People Of The State Of Colorado,<br>Affidavit In Support Of Warrantless Arrest |
| 2025-02-25 | FOTH | Filing Other<br>IMP1/ Non-party,<br>Bond Application |
| 2025-02-25 | FOTH | Filing Other<br>IMP2/ Non-party,<br>Bond Application With Criminal History |
| 2025-02-25 | MINC | Minute Order (print)<br>Dig Recording: 152<br>Judicial Officer:sage Da: Kunish Pd: Taylor<br>Defendant Appears Via Video In Custody At Larimer County Detention Center ;<br>Defendant Given Rule 5 Advisement Via Video/written; By Judicial Officer; Or<br>Rule 5 Advisement Waived Per Pd; Defendant Advised Of Charges; Court Issues<br>Mro And Advises Defendant On The Record Of The Orders Conditions; If Defendant Intends To Apply For The Pd, Defendant Advised To Apply Prior To<br>The Return Court Date;<br>Prosecution Bond Rec: 250 K Cash Shurerty Enh Pts<br>Defense Bond Rec: Pr<br>Bond Ordered: 100 K Cash Shurety<br>Conditions: Enh Pts Mhips Auth Obtain Permission To Leave The State Rla Rpt<br>To Pts Wi 24hrs Aft Rls No Weapons Sign Waiver Of Extradition<br>Mrig Issued Remain 25 Yards From Tesla Dealership In Loveland<br>Returnable: 03/07/2025 At 8:30 Am In Courtroom 3a<br>Def Remanded /mce |

CONFIDENTIAL

CONFIDENTIAL

| | | |
|---|---|---|
| 2025-02-25 | MRIG | Mandatory Injunctive Prot Ord; Expiration Date: 2027-02-25<br>DEF1/ Nelson, Lucy Grace<br>MRIG<br>Shall not harrass, injure, molest, intimidate, threaten, retaliate against or tamper with any witness to or victim of the acts you are charged with committing<br>Shall refrain from contacting or directly or indirectly communicating with the victim(s)<br>It Is Further Ordered Remain 25 Yards From Tesla Dealership 1606 N Lincoln A<br>Ve Loveland Co |
| 2025-02-25 | ORDR | Order<br>Ruling: Probable Cause Found, Document Title: Order:affidavit In Support Of<br>Warrantless Arrest |
| 2025-02-25 | ORDR | Order<br>Signed Mandatory Protection Order |
| 2025-02-25 | RSPO | Return Of Service Protect Ordr; Expiration Date: 2027-02-25 |

**Judgments**

No Judgments Information

**Bonds**

| | | |
|---|---|---|
| **Bond Status Date:** 2025-02-25 | **Bond Status:** POSTED | |
| **Set Date:** 2025-02-25 | **Set Amount:** 100000.00 | **Set Type:** Cash or Surety |
| **Adjusted Date:** | **Adjusted Amount:** 0.00 | |
| **Post Date:** 2025-02-25 | **Post Amount:** 100000.00 | **Post Type:** Surety |

**Surety Holder:** Villereal, Vanessa E
**Professional License Number:** 576345
**Surety Status:**
**Power Number:** 515036682-1

**Condition(s):** ENH PTS MHIPS AUTH OBTAIN PERMISSION TO LEAVE THE STATE RLA RPT TO PTS WI 24HRS AFT RLS NO WEAPONS SIGN WAIVER OF EXTRADITION COM PLY W MRO NO CONTACT W TESLA DEALERSHIP AT 1606 N LINCOLN AVE

**Financial Summary**

| Case Fees | Amount Collected |
|---|---|
| Coin-op Copier | $19.75 |
| Total Collected | $19.75 |