# Exhibit B

| | |
|---|---|
| District Court, Larimer County, Colorado<br>201 Laporte Avenue, Suite 100,<br>Fort Collins, CO 80521-2761 | DATE FILED<br>March 10, 2025 8:04 AM<br>FILING ID: A5E28868F5643<br>CASE NUMBER: 2025CR294 |
| **THE PEOPLE OF THE STATE OF COLORADO**<br>**vs.**<br>**LUCY GRACE NELSON ,**<br>Defendant | ☐ **COURT USE ONLY** ☐ |
| Gordon P. McLaughlin<br>Eighth Judicial District<br>District Attorney, # 45156<br>Office Of The District Attorney<br>201 Laporte Avenue, Suite 200<br>Fort Collins, CO 80521-2763<br>Phone Number: 970-498-7200<br>Fax: 970-498-7250 | Case No: D0352025CR000294<br><br>Div: 5A Courtroom: |
| **AMENDED COMPLAINT AND INFORMATION** | |

**CHARGES: 10**

***AMENDED* COUNT 1: USE OF EXPLOSIVES OR INCENDIARY DEVICES, C.R.S. 18-12-109(4) (F2){30082}**

***AMENDED* COUNT 2: POSSESSION OF EXPLOSIVE OR INCENDIARY DEVICE, C.R.S. 18-12-109(2)(a) (F5){3008D}**

***AMENDED* COUNT 3: CRIMINAL ATTEMPT TO COMMIT SECOND DEGREE ARSON, C.R.S. 18-4-103(1),(2)(g);18-2-101 (F4){05029A}**

***ADDITIONAL* COUNT 4: USE OF EXPLOSIVES OR INCENDIARY DEVICES, C.R.S. 18-12-109(4) (F2){30082}**

***ADDITIONAL* COUNT 5: POSSESSION OF EXPLOSIVE OR INCENDIARY DEVICE, C.R.S. 18-12-109(2)(a) (F5){3008D}**

***ADDITIONAL* COUNT 6: CRIMINAL ATTEMPT TO COMMIT SECOND DEGREE ARSON, C.R.S. 18-4-103(1),(2)(g);18-2-101 (F4){05029A}**

***ADDITIONAL* COUNT 7: POSSESSION OF EXPLOSIVE OR INCENDIARY PARTS, C.R.S. 18-12-109(6) (F5){3008H}**

***ADDITIONAL* COUNT 8: CRIMINAL ATTEMPT TO COMMIT SECOND DEGREE ARSON, C.R.S. 18-4-103(1),(2)(g);18-2-101 (F4){05029A}**

***ADDITIONAL* COUNT 9: POSSESSION OF EXPLOSIVE OR INCENDIARY DEVICE, C.R.S. 18-12-109(2)(b) (F4){3008E}**

***ADDITIONAL* COUNT 10: CRIMINAL MISCHIEF, C.R.S. 18-4-501(1),(4)(d) (F6){0901S}**

Gordon P. McLaughlin, District Attorney for the Eighth Judicial District, of the State of Colorado, in the name and by the authority of the People of the State of Colorado, informs the court of the following offenses committed, or triable, in the County of Larimer:

**_AMENDED_ COUNT 1-USE OF EXPLOSIVES OR INCENDIARY DEVICES (F2)**

***On or about January 29, 2025***, Lucy Grace Nelson unlawfully, feloniously, and knowingly used, caused to be used, gave, mailed, sent, or caused to be sent an explosive or incendiary device in the commission of or attempted commission of Arson and/or Criminal Mischief, a felony; in violation of section 18-12-109(4), C.R.S.

**_AMENDED_ COUNT 2-POSSESSION OF EXPLOSIVE OR INCENDIARY DEVICE (F5)**

On or about January 29, 2025, Lucy Grace Nelson unlawfully, feloniously, and knowingly possessed or controlled an explosive or incendiary device; in violation of section 18-12-109(2)(a), C.R.S.

**_AMENDED_ COUNT 3-CRIMINAL ATTEMPT TO COMMIT SECOND DEGREE ARSON (F4)**

On or about January 29, 2025, by engaging in conduct constituting a substantial step toward the commission of second degree arson, Lucy Grace Nelson unlawfully, feloniously, and knowingly attempted to set fire to, burn, or cause to be burned the property of another, without the consent of the victim, the value of the property being one hundred thousand dollars or more but less than one million dollars; in violation of sections 18-4-103(1) and 18-2-101, C.R.S.

**_ADDITIONAL_ COUNT 4-USE OF EXPLOSIVES OR INCENDIARY DEVICES (F2)**

On or about February 7, 2025, Lucy Grace Nelson unlawfully, feloniously, and knowingly used, caused to be used, gave, mailed, sent, or caused to be sent an explosive or incendiary device in the commission of or attempted commission of Arson and/or Criminal Mischief, a felony; in violation of section 18-12-109(4), C.R.S.

**_ADDITIONAL_ COUNT 5-POSSESSION OF EXPLOSIVE OR INCENDIARY DEVICE (F5)**

On or about February 7, 2025, Lucy Grace Nelson unlawfully, feloniously, and knowingly possessed or controlled an explosive or incendiary device; in violation of section 18-12-109(2)(a), C.R.S.

**_*ADDITIONAL*_ COUNT 6-CRIMINAL ATTEMPT TO COMMIT SECOND DEGREE ARSON (F4)**

On or about February 7, 2025, by engaging in conduct constituting a substantial step toward the commission of second degree arson, Lucy Grace Nelson unlawfully, feloniously, and knowingly attempted to set fire to, burn, or cause to be burned the property of another, without the consent of the victim, the value of the property being one hundred thousand dollars or more but less than one million dollars; in violation of sections 18-4-103(1) and 18-2-101, C.R.S.

**_*ADDITIONAL*_ COUNT 7-POSSESSION OF EXPLOSIVE OR INCENDIARY PARTS (F5)**

On or about February 11, 2025, Lucy Grace Nelson unlawfully and feloniously possessed any explosive or incendiary parts; in violation of section 18-12-109(6), C.R.S.

**_*ADDITIONAL*_ COUNT 8-CRIMINAL ATTEMPT TO COMMIT SECOND DEGREE ARSON (F4)**

On or about February 11, 2025, by engaging in conduct constituting a substantial step toward the commission of second degree arson, Lucy Grace Nelson unlawfully, feloniously, and knowingly attempted to set fire to, burn, or cause to be burned the property of another, without the consent of the victim, the value of the property being one hundred thousand dollars or more but less than one million dollars; in violation of sections 18-4-103(1) and 18-2-101, C.R.S.

**_*ADDITIONAL*_ COUNT 9-POSSESSION OF EXPLOSIVE OR INCENDIARY DEVICE (F4)**

Between and including January 29, 2025 and February 11, 2025, Lucy Grace Nelson unlawfully, feloniously, and knowingly manufactured, gave, mailed, sent, or caused to be sent an explosive or incendiary device; in violation of section 18-12-109(2)(b), C.R.S.

**_*ADDITIONAL*_ COUNT 10-CRIMINAL MISCHIEF (F6)**

Between and including January 29, 2025 and February 24, 2025, Lucy Grace Nelson, in the course of a single criminal episode, unlawfully, feloniously, and knowingly damaged the real or personal property of another, the aggregate damage being two thousand dollars or more but less than five thousand dollars; in violation of section 18-4-501(1),(4)(d), C.R.S.

All offenses against the peace and dignity of the people of the State of Colorado.

Gordon P. McLaughlin
District Attorney, # 45156

By: /s/ Brian J. Hardouin Date: 3/7/2025
Brian J. Hardouin #: 41442
Chief Deputy District Attorney