# Exhibit C

**From:** Wiemken, Cassandra (USACO) <[redacted]@usdoj.gov>
**Sent:** Wednesday, March 5, 2025 6:50 PM
**To:** Mary Butterton <[redacted]@fd.org>
**Subject:** Re: Nelson release plan

[redacted]

Love to talk sometime after I provide discovery about whether early resolution possible.

Get Outlook for iOS

---

**From:** Mary Butterton <[redacted]@fd.org>
**Sent:** Monday, March 3, 2025 4:05:31 PM
**To:** Wiemken, Cassandra (USACO) <[redacted]@usdoj.gov>
**Subject:** [EXTERNAL] Nelson release plan

Hi Cassie,

Hope you are doing well. Just wanted to loop back about Lucy Nelson. We intend to ask for release of Ms. Nelson to the care of her mother as a third-party custodian, as recommended in the pretrial report. If you would like any other additional information, please don't hesitate to shoot me an email or give me a call.

See you tomorrow,
Mary

**Mary V. Butterton**
Senior Litigator – Trial Division
Training Director, Colorado CJA Panel
Office of the Federal Public Defender, District of Colorado
633 17th Street, Suite 1000 Denver, CO 80202
Office: (303) 294-7002
[redacted]@fd.org
(she/her)