# Exhibit D

**From:** Wiemken, Cassandra (USACO) <[redacted]@usdoj.gov>
**Sent:** Thursday, September 11, 2025 1:27 PM
**To:** Mary Butterton <[redacted]@fd.org>
**Cc:** Mary Unrein <[redacted]@fd.org>; Stephanie Snyder <[redacted]@fd.org>
**Subject:** RE: Nelson discovery

[redacted]

[redacted] I have no authority to extend an offer but I do have a D.C. contact for you and I'll put some info in that.

**From:** Mary Butterton <[redacted]@fd.org>
**Sent:** Thursday, September 11, 2025 1:23 PM
**To:** Wiemken, Cassandra (USACO) <[redacted]@usdoj.gov>
**Cc:** Mary Unrein <[redacted]@fd.org>; Stephanie Snyder <[redacted]@fd.org>
**Subject:** [EXTERNAL] Nelson discovery

Hi Cassie,

[redacted]

- [redacted]
- [redacted]
  - [redacted]
  - [redacted]
  - [redacted]

[redacted]
Similarly, if you have any update as to negotiating a resolution to this case, please let us know that as well.

Thanks very much,
Mary

**Mary V. Butterton**
Senior Litigator – Trial Division
Training Director, Colorado CJA Panel
Office of the Federal Public Defender, District of Colorado
633 17th Street, Suite 1000 Denver, CO 80202
Office: (303) 294-7002
[redacted]@fd.org
(she/her)