# Exhibit E

**From:** Wiemken, Cassandra (USACO) <[redacted]@usdoj.gov>
**Sent:** Friday, September 12, 2025 4:50 PM
**To:** Mary Butterton <[redacted]@fd.org>
**Cc:** Mary Unrein <[redacted]@fd.org>; Stephanie Snyder <[redacted]@fd.org>
**Subject:** RE: Nelson discovery

Hi Mary—

[redacted]

[redacted]

2) Regarding an offer, I would recommend the following:
   a. We are supposed to reject any defense counsel offers on these Tesla cases. [redacted] we were told to have defense counsel submit their mitigation letter, materials, and request to Associate Deputy Attorney General Aakash Singh U.S. Department of Justice 950 Pennsylvania Avenue, NW Washington, D.C. 20530-0001. [redacted]

[redacted]

Cassie