# Exhibit F

**From:** Mary Butterton <[redacted]@fd.org>
**Sent:** Tuesday, November 25, 2025 2:15 PM
**To:** McNeilly, Peter (USACO) <[redacted]@usdoj.gov>; Wiemken, Cassandra (USACO) <[redacted]@usdoj.gov>
**Cc:** Stephanie Snyder <S[redacted]@fd.org>; Mary Unrein <[redacted]@fd.org>
**Subject:** [EXTERNAL] Lucy Nelson letter

Good afternoon Peter and Cassie,

[redacted]

Please find attached a packet of materials regarding my client Lucy Nelson, including a letter requesting to enter plea negotiations and several letters of support. The letter is addressed ADAG Aakash Singh; I was hoping you would pass on these materials on to Mr. Singh [redacted]

[redacted]

[redacted]

[redacted]

**Mary V. Butterton**
Senior Litigator – Trial Division
Training Director, Colorado CJA Panel
Office of the Federal Public Defender, District of Colorado
633 17th Street, Suite 1000 Denver, CO 80202
Office: (303) 294-7002
[redacted]@fd.org
(she/her)