# Exhibit G

Office of the

# Federal Public Defender

District of Colorado

**Virginia L. Grady, Federal Public Defender**

**Matthew K. Belcher, First Assistant**
**Dean Sanderford, Chief, Appeals**

**John C. Arceci, Senior Counsel**
**Mary V. Butterton, Senior Litigator**

November 25, 2025

To: Aakash Singh, Associate Deputy Attorney General
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-001

Cc: Peter McNeilly, United States Attorney for the District of Colorado
Cassandra Wiemken, Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202

Re: *United States v. Lucy Nelson*, 25-CR-00075-NYW

Dear Mr. Singh,

I am writing to formally request a plea offer on behalf of my client Lucy Nelson to resolve her pending federal matter. Please find below a proposed resolution to this case, as well as mitigating information that I believe supports the proposed resolution. Pursuant to F.R.Cr.P. 11(f) and F.R.E. 410(a)(4), neither this document nor any statement contained within it may be admissible against Ms. Nelson at any court proceeding.

* * *

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

* * *

Ms. Nelson respectfully proposes that the Government dismiss Count 3 and allow Ms. Nelson to enter pleas of guilty to Counts 1 and/or 2. Ms. Nelson would be amenable to negotiation of any other terms of a plea agreement that includes dismissal of Count 3, perhaps including a universal resolution in cooperation with state authorities to resolve her pending state criminal case as well. Such a resolution would be an appropriate balance between the interest of federal officials in securing a felony conviction, the efforts made by local officials in investigating this matter, and Ms. Nelson's complete lack of criminal history and wholesale success under pretrial conditions.

[redacted]

Sincerely,

Mary V. Butterton
Senior Litigator
District of Colorado

Stephanie Snyder
Assistant Federal Public Defender
District of Colorado