# Exhibit H

**From:** McNeilly, Peter (USACO) <[redacted]@usdoj.gov>
**Sent:** Tuesday, January 20, 2026 4:32 PM
**To:** Mary Butterton <[redacted]@fd.org>; Wiemken, Cassandra (USACO) <[redacted]@usdoj.gov>
**Cc:** Stephanie Snyder <[redacted]@fd.org>; Mary Unrein <[redacted]@fd.org>
**Subject:** RE: Lucy Nelson letter

Hi Mary,

[redacted] We just heard back from Associate Deputy Attorney General Aakash Singh today. We are not authorized to enter a plea agreement which includes dismissal of the count which carries the mandatory minimum sentence.

[redacted]

**Peter McNeilly**
United States Attorney
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Phone: [redacted]
Email: [redacted]@usdoj.gov