# Exhibit I

CONFIDENTIAL CONFIDENTIAL CONFIDENTIAL CONFIDENTIAL CONFIDENTIAL CONFIDENTIAL

**Date Printed: 08/06/2026**

**People Of The State Of Colorado Vs. Bryant, William Wayne - 2025CR101 - Archuleta County**

## Summary

| | | |
|---|---|---|
| **Case #:** 2025CR101 (District) | **Location:** Archuleta County | **Date Filed:** 2025-06-26 |
| **Case Status:** Mandatory Injunction Granted; | **Date Case Closed:** N/A | **Date of Speedy Trial:** N/A |
| **Case Type:** Arson | **Appealed:** N | **E-Filed:** N |
| **Judge or Magistrate:** Justin Patrick Fay | **Division:** 3 | **Bar Number:** 37399 |
| **Related Cases:** N/A | | |

## Participants

| | | |
|---|---|---|
| **Party Type:** Defendant | **Person Status:** Restrained ; | |
| **Name:** Bryant, William Wayne | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:** [redacted]<br>**Gender:** M<br>**Race:** W<br>**Drivers License:**<br>**StateID:** [redacted] | Active Address<br>[redacted]<br><br>Active Address<br>[redacted]<br><br>Cellular : [redacted]<br>Home : [redacted] | **Attorney Role:** Deputy Public Defender<br>**Attorney Name:** Public Defender,<br>**Attorney Bar #:** 900002<br>**Primary Attorney:** No<br><br>**Attorney Role:** Private Attorney<br>**Attorney Name:** Ottman, David Karl<br>**Attorney Bar #:** 33329<br>**Primary Attorney:** No<br><br>**Attorney Role:** Private Attorney<br>**Attorney Name:** Schowalter, Brian<br>**Attorney Bar #:** 29045<br>**Primary Attorney:** Yes<br><br>**Attorney Role:** Private Attorney<br>**Attorney Name:** Manzanares, Katharine Whitney<br>**Attorney Bar #:** 35730<br>**Primary Attorney:** Yes<br><br>**Attorney Role:** Private Attorney<br>**Attorney Name:** Whitney, |

CONFIDENTIAL

| | | |
|---|---|---|
| | | Katharine Leigh<br>**Attorney Bar #:** 35730<br>**Primary Attorney:** Yes |
| **Party Type:** Impartial | **Person Status:** Not Applicable | |
| **Name:** Non-party, | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:**<br>**Gender:**<br>**Race:**<br>**Drivers License:**<br>**StateID:** | | |
| **Party Type:** Impartial | **Person Status:** Not Applicable | |
| **Name:** Non-party, | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:**<br>**Gender:**<br>**Race:**<br>**Drivers License:**<br>**StateID:** | | |
| **Party Type:** Impartial | **Person Status:** Not Applicable | |
| **Name:** Non-party, | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:**<br>**Gender:**<br>**Race:**<br>**Drivers License:**<br>**StateID:** | | |
| **Party Type:** Impartial | **Person Status:** Not Applicable | |
| **Name:** Non-party, | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:**<br>**Gender:**<br>**Race:**<br>**Drivers License:**<br>**StateID:** | | |
| **Party Type:** Impartial | **Person Status:** Not Applicable | |
| **Name:** Non-party, | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:**<br>**Gender:**<br>**Race:**<br>**Drivers License:**<br>**StateID:** | | |
| **Party Type:** The People of the State of CO | **Person Status:** Not Applicable | |
| **Name:** The People Of The State Of Colorado, | **Addresses & Phone Numbers** | **Attorneys** |

| | | |
|---|---|---|
| **Birthdate:**<br>**Gender:**<br>**Race:**<br>**Drivers License:**<br>**StateID:** | | **Attorney Role:** Deputy District Attorney<br>**Attorney Name:** Dudley, Miles Mcfadden<br>**Attorney Bar #:** 53542<br>**Primary Attorney:** Yes |

| | | |
|---|---|---|
| **Party Type:** Victim | **Person Status:** Not Applicable | |
| **Name:** Assessors Office, | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:**<br>**Gender:**<br>**Race:**<br>**Drivers License:**<br>**StateID:** | Active Address<br>P.o. Box 1089<br>Pagosa Springs CO 81147<br><br>Business : (970) 2648310 | |

| | | |
|---|---|---|
| **Party Type:** Victim | **Person Status:** Not Applicable | |
| **Name:** County Clerks Office, | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:**<br>**Gender:**<br>**Race:**<br>**Drivers License:**<br>**StateID:** | Business : (970) 2648350 | |

| | | |
|---|---|---|
| **Party Type:** Victim | **Person Status:** Not Applicable | |
| **Name:** Town Of Pagosa Springs, | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:**<br>**Gender:**<br>**Race:**<br>**Drivers License:**<br>**StateID:** | Active Address<br>P.o. Box 1859<br>Pagosa Springs CO 81147<br><br>Cellular : (970) 2644151 | |

**Charges / Dispositions**

**Arresting Agency**

| | | |
|---|---|---|
| **Arresting Agency:** Pagosa Springs Police Dept | **Arrest Date:** 2025-06-26 | **Arrest Time:** |
| **Ticket/Summons Number:** | **Arrest Number:** 2025000409 | **Case Number:** |

**Arrest Charges**

| | | | |
|---|---|---|---|
| **Charge Number:** 1 | **Charge:** Arson 1-building | | **Status:** Arrest Only Charge |
| **Offense Date From:** 2025-06-12 | **Offense Date To:** | **Offense Time:** | |
| **Class:** F4 (Class 4 Felony) | **BAC:** 0.000 | **Statute:** 18-4-102(1) | |

| | | |
|---|---|---|
| **Charge Number:** 2 | **Charge:** Explosive/incendiary Device-possession | **Status:** Arrest Only Charge |

CONFIDENTIAL

CONFIDENTIAL

| | | |
|---|---|---|
| **Offense Date From:** 2025-06-12 | **Offense Date To:** | **Offense Time:** |
| **Class:** F5 (Class 5 Felony) | **BAC:** 0.000 | **Statute:** 18-12-109(2)(a) |

**Final Disposition on Charges**

| | | | |
|---|---|---|---|
| **Charge Number:** 1 | **Charge:** Explosive/incendiary Dev-use In Felony | | **Status:** Main Charge |
| **Offense Date From:** 2025-06-12 | **Offense Date To:** | **Offense Time:** 01:17 AM | |
| **Class:** F2 (Class 2 Felony) | **BAC:** 0.000 | **Statute:** 18-12-109(4) | |
| **Charge Number:** 2 | **Charge:** Arson 2-value $100k-$1m | | **Status:** Main Charge |
| **Offense Date From:** 2025-06-12 | **Offense Date To:** | **Offense Time:** 01:17 AM | |
| **Class:** F3 (Class 3 Felony) | **BAC:** 0.000 | **Statute:** 18-4-103(1),(2)(g) | |
| **Charge Number:** 3 | **Charge:** Arson 1-building | | **Status:** Main Charge |
| **Offense Date From:** 2025-06-12 | **Offense Date To:** | **Offense Time:** 01:17 AM | |
| **Class:** F4 (Class 4 Felony) | **BAC:** 0.000 | **Statute:** 18-4-102(1) | |

**Hearings/Trials**

| Date | Time | Appearance | Room # | Type/Note | Status | Judge/Bar Number |
|---|---|---|---|---|---|---|
| 2026-08-14 | 09:00 AM | | 3 | Arraignment | | Justin Patrick Fay (37399) |
| 2026-06-12 | 09:00 AM | VIRTUAL | 3 | Arraignment | Held and Continued | Justin Patrick Fay (37399) |
| 2026-05-08 | 09:00 AM | | 3 | Arraignment | Held and Continued | Justin Patrick Fay (37399) |
| 2026-04-30 | 07:00 AM | | 20 | Review<br>NOTE: STATUS DATE? | Vacated | Cheryl Mulbery (900403) |
| 2026-04-24 | 09:00 AM | | 3 | Arraignment | Continued by Parties | Justin Patrick Fay (37399) |
| 2026-04-09 | 02:00 PM | | 1 | Status Conference<br>NOTE: PRELIM RULING? | Vacated | Anthony Douglas Edwards (42052) |
| 2026-04-03 | 09:00 AM | | 1 | Preliminary Hearing | Preliminary Hearing Held | Anthony Douglas Edwards (42052) |

CONFIDENTIAL

| | | | | | | |
|---|---|---|---|---|---|---|
| 2026-04-02 | 01:00 PM | | 1 | Motions Hearing | Hearing Held | Anthony Douglas Edwards (42052) |
| 2026-02-04 | 02:00 PM | | 1 | Preliminary Demand | Hearing Held | Anthony Douglas Edwards (42052) |
| 2026-01-08 | 02:00 PM | | 1 | Preliminary Demand | Held and Continued | Anthony Douglas Edwards (42052) |
| 2025-11-20 | 03:00 PM | | 1 | Motions Hearing | Hearing Held | Anthony Douglas Edwards (42052) |
| 2025-11-01 | 07:00 AM | | 20 | Review<br>NOTE: RSPN SANCTIONS | Vacated | Cheryl Mulbery (900403) |
| 2025-10-30 | 09:00 AM | | 1 | Preliminary Demand | Hearing Held | Sandra H Gardner (20815) |
| 2025-10-01 | 02:00 PM | | 1 | Preliminary Demand<br>NOTE: MMOD PROT ORDER | Held and Continued | Douglas S Walker (10004) |
| 2025-09-03 | 02:00 PM | | 1 | Preliminary Demand | Held and Continued | Justin Patrick Fay (37399) |
| 2025-07-23 | 02:00 PM | | 1 | Rtrn Filing of Charges<br>NOTE: HMTN COMMENT | Hearing Held | Justin Patrick Fay (37399) |
| 2025-07-02 | 10:00 AM | | 1 | Rtrn Filing of Charges<br>NOTE: MMOD PROT ORDR | Held and Continued | Justin Patrick Fay (37399) |
| 2025-06-27 | 03:00 PM | | 1 | Appearance on Arrest Warrant<br>NOTE: JAIL | Hearing Held | Justin Patrick Fay (37399) |

**Other Case Activities**

| Date | Code | Details/Notes |
|---|---|---|
| 2026-07-02 | ENTR | Entry Of Appearance<br>DEF1/ Bryant, William Wayne<br>Entry Of Appearance As Co-counsel Fa1dd7a87cd30 |
| 2026-06-16 | FOTH | Filing Other<br>IMP4/ Non-party,<br>Transcript 04.02.26 |
| 2026-06-16 | FOTH | Filing Other<br>IMP5/ Non-party,<br>Transcript 04.03.26 |

CONFIDENTIAL

| | | |
|---|---|---|
| 2026-06-12 | ORDR | Order<br>District Court Order |
| 2026-06-11 | ORDR | Order<br>Ruling: Granted, Document Title: Order:re: Motion To Appear By Webex |
| 2026-06-10 | MOTN | Motion<br>DEF1/ Bryant, William Wayne<br>Motion To Appear By Webex 2b99c65447e56 |
| 2026-06-10 | PORD | Proposed Order<br>DEF1/ Bryant, William Wayne<br>Re: Motion To Appear By Webex 2b99c65447e56 |
| 2026-06-09 | RQST | Request Filed<br>DEF1/ Bryant, William Wayne<br>Request For Transcript Bdba3fb336a9f |
| 2026-05-28 | ENTR | Entry Of Appearance<br>DEF1/ Bryant, William Wayne<br>Entry Of Appearance And Request For Discovery 5d96ca2ae0f6e |
| 2026-05-08 | MAWD | Motn To Withdraw<br>DEF1/ Bryant, William Wayne<br>Motion To Withdraw 3021c2c2c2b59 |
| 2026-05-08 | ORDR | Order<br>District Court Order |
| 2026-05-08 | ORDR | Order<br>Ruling: Granted, Document Title: Order:order To Withdraw |
| 2026-05-08 | PORD | Proposed Order<br>DEF1/ Bryant, William Wayne<br>Order To Withdraw 3021c2c2c2b59 |
| 2026-04-14 | ORDR | Order<br>Ruling: Granted With Amendments, Document Title: Order:order To Continue<br>Arraignment |
| 2026-04-13 | BOVR | Bindover To Dist Ct After Prel |
| 2026-04-13 | MOTC | Motion To Contune (pty)<br>DEF1/ Bryant, William Wayne<br>Motion To Continue (pty) 6f2f58ba7ff93 |
| 2026-04-13 | ORDR | Order<br>Order Finding Probable Cause After Preliminary Hearing |
| 2026-04-13 | PORD | Proposed Order<br>DEF1/ Bryant, William Wayne<br>Order To Continue Arraignment 6f2f58ba7ff93 |
| 2026-04-03 | EXHT | Exhibits - Trial/hearing<br>DEF1/ Bryant, William Wayne<br>Exhibit 1 |
| 2026-04-03 | EXHT | Exhibits - Trial/hearing<br>DEF1/ Bryant, William Wayne<br>Exhibit 2 |
| 2026-04-03 | EXHT | Exhibits - Trial/hearing<br>DEF1/ Bryant, William Wayne<br>Exhibit 3 |

CONFIDENTIAL

| | | |
|---|---|---|
| 2026-04-03 | EXHT | Exhibits - Trial/hearing<br>DEF1/ Bryant, William Wayne<br>Exhibit 4 |
| 2026-04-03 | EXHT | Exhibits - Trial/hearing<br>DEF1/ Bryant, William Wayne<br>Exhibit 5 |
| 2026-04-03 | EXHT | Exhibits - Trial/hearing<br>PPL1/ The People Of The State Of Colorado,<br>Peoples Exhibits - Retained In Clerks Office Until Further Ordered |
| 2026-04-02 | EXHT | Exhibits - Trial/hearing<br>PPL1/ The People Of The State Of Colorado,<br>Exhibit 3 - Pspd Camera Policy |
| 2026-04-02 | ORDR | Order<br>Ruling: Action Taken, Document Title: Order Regarding Defendants Renewed<br>Motion For Sanctions And Dismissal |
| 2026-03-31 | EXHB | Exhibit-attach To Pleading/doc<br>DEF1/ Bryant, William Wayne<br>Exhibit 3 E2cb723be0f98 |
| 2026-03-31 | EXHB | Exhibit-attach To Pleading/doc<br>DEF1/ Bryant, William Wayne<br>Exhibit 2 E2cb723be0f98 |
| 2026-03-31 | EXHB | Exhibit-attach To Pleading/doc<br>DEF1/ Bryant, William Wayne<br>Exhibit 1 E2cb723be0f98 |
| 2026-03-31 | REPL | Reply<br>DEF1/ Bryant, William Wayne<br>Reply To The Prosecutions Response To Motion For Renewed Sanctions And Objection To Court Subject Matter Jurisdiction E2cb723be0f98 |
| 2026-03-26 | EXHB | Exhibit-attach To Pleading/doc<br>PPL1/ The People Of The State Of Colorado,<br>Exhibit 1 - Hunt Discovery Order 9a3b7380b2a4c |
| 2026-03-26 | EXHB | Exhibit-attach To Pleading/doc<br>PPL1/ The People Of The State Of Colorado,<br>Exhibit 2 - Ediscovery Task Force Final Report 12/2025 9a3b7380b2a4c |
| 2026-03-26 | NOTC | Notice Filed<br>PPL1/ The People Of The State Of Colorado,<br>Notice Of Endorsement Of Witness E4e30fe0402e6 |
| 2026-03-26 | RSPN | Response<br>PPL1/ The People Of The State Of Colorado,<br>Response To Motion For Renewed Sanctions And Objection To Court Subject Matter<br>Jurisdiction 9a3b7380b2a4c |
| 2026-03-05 | ORDR | Order<br>County Court Order |
| 2026-03-02 | EXHB | Exhibit-attach To Pleading/doc<br>DEF1/ Bryant, William Wayne<br>Exhibit 1 63736941ec850 |
| 2026-03-02 | FOTH | Filing Other<br>DEF1/ Bryant, William Wayne |

CONFIDENTIAL

| | | |
|---|---|---|
| | | Supplement To Urgent Motion For Renewed Sanctions And Dismissal 63736941ec850 |
| 2026-02-24 | EXHB | Exhibit-attach To Pleading/doc<br>DEF1/ Bryant, William Wayne<br>Exhibit 2 43626a47cfe87 |
| 2026-02-24 | EXHB | Exhibit-attach To Pleading/doc<br>DEF1/ Bryant, William Wayne<br>Exhibit 1 43626a47cfe87 |
| 2026-02-24 | MOTN | Motion<br>DEF1/ Bryant, William Wayne<br>Urgent Motion For Renewed Sanctions And Dismissal 43626a47cfe87 |
| 2026-02-24 | NOTC | Notice Filed<br>PPL1/ The People Of The State Of Colorado,<br>Notice Of Newly Recieved Discovery 383af55480430 |
| 2026-02-24 | PORD | Proposed Order<br>DEF1/ Bryant, William Wayne<br>Order For Renewed Sanctions And Dismissal 43626a47cfe87 |
| 2026-01-08 | MINO | Minute Order (no Print)<br>Hearing Held And Continued To February 4, 2026 At 2:00 Pm /sla |
| 2025-12-16 | NOTC | Notice Filed<br>PPL1/ The People Of The State Of Colorado,<br>Sworn Supplemental Notice Regarding Discovery 42bacdbef5c85 |
| 2025-12-02 | ORDR | Order<br>Ruling: Action Taken, Document Title: Order Regarding Defendants Motion For<br>Discovery Sanctions |
| 2025-11-10 | FOTH | Filing Other<br>Transcript Filed 2025.10.01 Da Hasnt Paid |
| 2025-11-07 | EXHB | Exhibit-attach To Pleading/doc<br>DEF1/ Bryant, William Wayne<br>Def Ex 5 - Martinez Response To Motion To Restore Ph 3ab073d8910f0 |
| 2025-11-07 | EXHB | Exhibit-attach To Pleading/doc<br>DEF1/ Bryant, William Wayne<br>Def Ex 4 - Martinez Motion To Restore Ph 3ab073d8910f0 |
| 2025-11-07 | EXHB | Exhibit-attach To Pleading/doc<br>DEF1/ Bryant, William Wayne<br>Def Ex 3 - Martinez Order 3ab073d8910f0 |
| 2025-11-07 | EXHB | Exhibit-attach To Pleading/doc<br>DEF1/ Bryant, William Wayne<br>Def Ex 2 - Check In Log 3ab073d8910f0 |
| 2025-11-07 | EXHB | Exhibit-attach To Pleading/doc<br>DEF1/ Bryant, William Wayne<br>Def Ex 1 - Discovery Packet 20 3ab073d8910f0 |
| 2025-11-07 | REPL | Reply<br>DEF1/ Bryant, William Wayne<br>Reply To Response To Motion For Discovery Sanctions 3ab073d8910f0 |
| 2025-10-31 | RQST | Request Filed<br>DEF1/ Bryant, William Wayne<br>Transcript Request Form Bc5200bd2038a |

| | | |
|---|---|---|
| 2025-10-29 | EXHB | Exhibit-attach To Pleading/doc<br>PPL1/ The People Of The State Of Colorado,<br>1 - Pspd Report #1 8a87af4528018 |
| 2025-10-29 | EXHB | Exhibit-attach To Pleading/doc<br>PPL1/ The People Of The State Of Colorado,<br>9 - Discovery Receipts 8a87af4528018 |
| 2025-10-29 | EXHB | Exhibit-attach To Pleading/doc<br>PPL1/ The People Of The State Of Colorado,<br>7 - Pspd Report #2 8a87af4528018 |
| 2025-10-29 | EXHB | Exhibit-attach To Pleading/doc<br>PPL1/ The People Of The State Of Colorado,<br>4 - Vehicle Property List 8a87af4528018 |
| 2025-10-29 | EXHB | Exhibit-attach To Pleading/doc<br>PPL1/ The People Of The State Of Colorado,<br>2 - Pfpd Origin And Cause Report 8a87af4528018 |
| 2025-10-29 | EXHB | Exhibit-attach To Pleading/doc<br>PPL1/ The People Of The State Of Colorado,<br>5 - Fast Report 8a87af4528018 |
| 2025-10-29 | EXHB | Exhibit-attach To Pleading/doc<br>PPL1/ The People Of The State Of Colorado,<br>3 - Atf Report 8a87af4528018 |
| 2025-10-29 | EXHB | Exhibit-attach To Pleading/doc<br>PPL1/ The People Of The State Of Colorado,<br>6 - Cbi Reports 8a87af4528018 |
| 2025-10-29 | EXHB | Exhibit-attach To Pleading/doc<br>PPL1/ The People Of The State Of Colorado,<br>8 - Pspd Report #3 8a87af4528018 |
| 2025-10-29 | RSPN | Response<br>PPL1/ The People Of The State Of Colorado,<br>Response To Motion For Discovery Sanctions 8a87af4528018 |
| 2025-10-10 | MOTN | Motion<br>DEF1/ Bryant, William Wayne<br>Motion For Discovery And Sanctions Ad99cb8835d0b |
| 2025-10-10 | PORD | Proposed Order<br>DEF1/ Bryant, William Wayne<br>Order For Discovery And Sanctions Ad99cb8835d0b |
| 2025-10-01 | MINO | Minute Order (no Print)<br>Hearing Held And Continued To October 30, 2025 At 1000 Am /sla |
| 2025-10-01 | ORDR | Order<br>Updated Mandatory Protection Order |
| 2025-09-30 | MOTN | Motion<br>PPL1/ The People Of The State Of Colorado,<br>Motion To Modify Protection Order 92580d35dc031 |
| 2025-09-30 | PORD | Proposed Order<br>PPL1/ The People Of The State Of Colorado,<br>Order Re: Motion To Modify Protection Order 92580d35dc031 |
| 2025-09-12 | FOTH | Filing Other<br>Transcript Filed 2025.09.03 |

CONFIDENTIAL

CONFIDENTIAL

| | | |
|---|---|---|
| 2025-09-09 | FOTH | Filing Other<br>Court Executive Approval Of Non Party Transcript Request Per Cjd 05-03 |
| 2025-09-05 | RQST | Request Filed<br>IMP3/ Non-party,<br>Transcript Request Form |
| 2025-09-03 | ORDR | Order<br>Ruling: Denied, Document Title: Order: Request For Expanded Media Coverage<br>(the Associated Press) |
| 2025-09-03 | ORDR | Order<br>Ruling: Granted With Amendments, Document Title: Order:order For Out Of State<br>Travel |
| 2025-09-03 | ORDR | Order<br>Order Re: Advisement And/or Bond Hearing |
| 2025-09-02 | MOTN | Motion<br>DEF1/ Bryant, William Wayne<br>Unopposed Motion For Out Of State Travel 7e3c86e587779 |
| 2025-09-02 | PORD | Proposed Order<br>DEF1/ Bryant, William Wayne<br>Order For Out Of State Travel 7e3c86e587779 |
| 2025-09-02 | RQST | Request Filed<br>IMP2/ Non-party,<br>Request For Expanded Media Coverage (the Associated Press) |
| 2025-07-25 | ORDR | Order<br>Ruling: Granted, Document Title: Order:order To Limit Dissemination Of Information To Protect Mr. Bryants Right To A Fair Trial And Impartial Jury |
| 2025-07-24 | PORD | Proposed Order<br>DEF1/ Bryant, William Wayne<br>Order To Limit Dissemination Of Information To Protect Mr. Bryants Right To A<br>Fair Trial And Impartial Jury Cbd9aedcbf425 |
| 2025-07-23 | FOTH | Filing Other<br>Poster Addressed On The Record On 7/23/25 |
| 2025-07-23 | MINC | Minute Order (print)<br>Minute Order - Printcourt Heard Testimony Re Defense Motion To Limit Dissemination Of Information To Protect Mr Bryants Right To A Fair Trial And<br>Impartial Jury. Parties Agreed To The Importance Of Protecting Mr Bryants Rights And Agreed To A More Detailed Order To Address Jurisdiction And Enforcability Issues In The Current Proposed Order. Mr Ottman To Provide A<br>New Proposed Order For The Court To Issue. Court Also Advised Of Its Awareness Of Derogatory Poster Authored By Mr Bryant. Court Did Not Feel It<br>Was Prejudiced By The Poster But Ordered It Entered Into The Court Record For<br>Review By Defense Counsel To File Motion For Recusal As It Felt Necessary. /clm /clm |
| 2025-07-21 | FCMP | Felony Complaint Filed<br>PPL1/ The People Of The State Of Colorado,<br>Complaint And Information 75abfb7bc2d68 |

| | | |
|---|---|---|
| 2025-07-18 | ORDR | Order<br>Ruling: Set For Hearing, Document Title: Order:order To Limit Dissemination Of<br>Information To Protect Mr. Bryants Right To A Fair Trial And Impartial Jury |
| 2025-07-17 | MOTN | Motion<br>DEF1/ Bryant, William Wayne<br>Defendant Motion To Limit Dissemination Of Information To Protect Mr. Bryants<br>Right To A Fair Trial And Impartial Jury E60b1e6e941cc |
| 2025-07-17 | PORD | Proposed Order<br>DEF1/ Bryant, William Wayne<br>Order To Limit Dissemination Of Information To Protect Mr. Bryants Right To A<br>Fair Trial And Impartial Jury E60b1e6e941cc |
| 2025-07-07 | ORDR | Order<br>Ruling: Granted In Part, Document Title: Order:order Re: Motion For Modification Of Protection Order |
| 2025-07-07 | ORDR | Order<br>Modified Mandatory Protection Order - Not Signed By Def |
| 2025-07-07 | PORD | Proposed Order<br>DEF1/ Bryant, William Wayne<br>Order For Response To Peoples Request For Modification Of Protection Order<br>2df2da224c3c0 |
| 2025-07-07 | RSPN | Response<br>DEF1/ Bryant, William Wayne<br>Defendants Response To Peoples Request For Modification Of Protection Order<br>2df2da224c3c0 |
| 2025-07-02 | ORDR | Order<br>Ruling: Set For Hearing, Document Title: Order:order Re: Motion For Modification Of Protection Order |
| 2025-07-01 | AFFR | Affi Compliance Rlnq Firearms<br>DEF1/ Bryant, William Wayne<br>Affidavit Of Compliance Relinquishment Of Firearms Ea56b194eb5a3 |
| 2025-07-01 | MOTN | Motion<br>PPL1/ The People Of The State Of Colorado,<br>Motion For Modification Of Protection Order Ca5cc45fa3512 |
| 2025-07-01 | PORD | Proposed Order<br>PPL1/ The People Of The State Of Colorado,<br>Order Re: Motion For Modification Of Protection Order Ca5cc45fa3512 |
| 2025-06-30 | BOND | Appearance Bond<br>DEF1/ Bryant, William Wayne<br>Appearance Bond |
| 2025-06-30 | ORDR | Order<br>Mandatory Protection Order |
| 2025-06-27 | ARPT | Arrest Report Filed<br>PPL1/ The People Of The State Of Colorado,<br>Arrest Report |

CONFIDENTIAL

CONFIDENTIAL

| | | |
|---|---|---|
| 2025-06-27 | ENTR | Entry Of Appearance<br>DEF1/ Bryant, William Wayne<br>Entry Of Appearance Ed8308fe7c47b |
| 2025-06-27 | MINC | Minute Order (print)<br>Minute Order - Printjpf/clt Recorded (3:01:34) Dda Buchner Adc Ottman Def<br>Appeared In Custody For Appearance On Arrest Warrant. Def Through Counsel<br>Waived Advisement. Argument Heard Regarding Bond And Conditions Of Bond;<br>Court Set Bond At $10,000 Cash/surety To Include Conditions Of No Possession<br>Of Weapons Defined Under Title 18, Article 12 And Abide By Protection Order;<br>Protection Order To Include No Weapons, No Contact With Archuleta County<br>Offices At 449 San Juan St Pagosa Springs, Co Except For Purposes Of<br>Legitimate County Business. Case Is Set For Return Filing Of Charges On July<br>2, 2025 At 10:00 Am. /clm |
| 2025-06-27 | MRIG | Mandatory Injunctive Prot Ord; Expiration Date: 2027-06-27<br>DEF1/ Bryant, William Wayne<br>MRIG<br>Shall not harrass, injure, molest, intimidate, threaten, retaliate against or tamper with any witness to or victim of the acts you are charged with committing<br>Shall refrain from contacting or directly or indirectly communicating with the victim(s)<br>Shall not possess or control a firearm or other weapon<br>It Is Further Ordered Stay Away From Cnty Offices At 305 Village Dr Aka 56 T<br>Alisman Dr 449 San Juan St 398 Lewis St Exc Under Conditions Below<br>No Contact Except Legitimate County Busy By Apptmt Scheduled 24 Hrs Or More<br>In Advance<br>Shall be restrained from the following locations:<br>305 Village Dr Aka 56 Talisman Dr And 449 San Juan St And 398 Lewis St Pagosa<br>Springs Co |
| 2025-06-27 | ORDR | Order<br>Mandatory Protection Order |
| 2025-06-27 | ORDR | Order<br>Order Re: Advisement And/or Bond Hearing |
| 2025-06-27 | PTIR | Pre-trial Report<br>IMP1/ Non-party,<br>Pre-trial Report |
| 2025-06-27 | RSPO | Return Of Service Protect Ordr; Expiration Date: 2027-06-27 |
| 2025-06-27 | RSWT | Return Of Service On Warrant |
| 2025-06-27 | RUSL | Record Unsealed/unsuppressed |

CONFIDENTIAL

| | | |
|---|---|---|
| 2025-06-26 | AFAW | Affidavit For Arrest Warrant<br>PPL1/ The People Of The State Of Colorado, Affidavit For Arrest Warrant |
| 2025-06-26 | ORWX | Order For Warrant<br>Order For Warrant |
| 2025-06-26 | SPPA | Suppressed From Public Access |
| 2025-06-26 | WAFF | Warrant Upon Affidavit<br>DEF1/ Bryant, William Wayne<br>48yes Nationwide Extradition Cash Or Surety Bond Returnable At The Archuleta Combined Courts 109 Harman Park Drive Pagosa Springs Co At 0900 Am<br>On The First Wednesday After Arrest Other Than The 2nd Wednesday Of Each<br>Month Bond Type: Cash Or Surety /clm |
| 2025-06-26 | WLEC | Warant Canceled By Law Enforce<br>Date Of Arrest: 06/26/2025 Arrest #: 159605367 Bond Amt: $.00<br>Arresting Agency: Warrant Canceled Due To Arrest On 20250626 By Pagosa Springs<br>Police Department<br>Person Arrested: William Wayne Bryant Msg From: Daniel,emi |

**Judgments**

No Judgments Information

**Bonds**

| | | |
|---|---|---|
| **Bond Status Date:** 2025-06-26 | **Bond Status:** POSTED | |
| **Set Date:** 2025-06-26 | **Set Amount:** 20000.00 | **Set Type:** Cash or Surety |
| **Adjusted Date:** 2025-06-27 | **Adjusted Amount:** 10000.00 | |
| **Post Date:** 2025-06-27 | **Post Amount:** 10000.00 | **Post Type:** Surety |
| **Surety Holder:** Northcutt, Terry<br>**Professional License Number:** 491738<br>**Surety Status:** ON THE BOARD STATUS<br>**Power Number:** 511577748-8 | | |
| **Condition(s):** NO WEAPONS/AMMUNITION; COMPLY W/PROTECTION ORDER 6/27/25; DEF MAY LEAVE STATE MODIFIED 090325. | | |

**Financial Summary**

| Case Fees | Amount Collected |
|---|---|
| Coin-op Copier | $0.50 |
| Copy Work | $19.50 |
| Total Collected | $20.00 |