IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 25-cr-00075-NYW

UNITED STATES OF AMERICA,

Plaintiff,

v.

LUCY GRACE NELSON,

Defendant.

---

**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY BRIEFS**

---

Ms. Lucy Grace Nelson (hereafter "Ms. Nelson"), by and through her counsel, Assistant Federal Public Defenders Mary V. Butterton, Stephanie Snyder, and Amy Senia, hereby respectfully requests that the Court extend both the deadline to file reply briefs to the Government's responses (Docs. 68, 70) to her Motion to Suppress and Motion to Dismiss (Docs. 52, 54) by one week, to September 25, 2026. In support of this request, Ms. Nelson states as follows:

1. On August 7, 2026, Ms. Nelson filed two pretrial motions: a Motion to Suppress Evidence and a Motion to Dismiss for Selective Prosecution. Docs. 52, 54. Based on dates submitted by the parties, the Court set deadlines for responses for August 28, 2026; accordingly, the Government filed responses on that date. Docs. 60, 68, 70.

2. Currently, reply briefs are due no later than September 18, 2026; an evidentiary hearing is set for October 27, 2026. Doc. 60.

3. Ms. Nelson's legal team has expanded to include an appellate attorney, Amy Senia; she entered an appearance on August 27, 2026. Doc. 66.

4. Ms. Senia is scheduled for oral argument before the Tenth Circuit Court of Appeals on September 17, 2026. That argument requires extensive preparation in the upcoming weeks.

5. Accordingly, Ms. Nelson respectfully requests that the deadline to file reply briefs be extended by one week to September 25, 2026, to allow ample time for Ms. Nelson's team to complete and edit reply briefs beyond Ms. Senia's argument date. If the Court grants this extension, reply briefs would still be filed more than a month before the October 27, 2026 evidentiary hearing.

6. Undersigned counsel have conferred with the Government; they are unopposed to the requested extension of the reply brief deadline.

WHEREFORE, Ms. Nelson, through her counsel, hereby respectfully requests that the Court extend the deadline to file reply briefs by one week, to September 25, 2026.

Respectfully submitted,

MATTHEW K. BELCHER
Interim Federal Public Defender

*s/ Mary V. Butterton*
MARY V. BUTTERTON

*s/ Stephanie Snyder*
STEPHANIE SNYDER

*s/ Amy Senia*
AMY SENIA

Assistant Federal Public Defenders
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Mary_Butterton@fd.org
Stephanie_Snyder@fd.org
Amy_Senia@fd.org
Attorneys for Lucy Grace Nelson

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2026, I filed the foregoing ***Unopposed Motion to Extend Deadline to File Reply Briefs*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Bryan Fields, Assistant United States Attorney
Email: bryan.fields3@usdoj.gov

Adam D. McConney, Assistant United States Attorney
Email: adam.mcconney@usdoj.gov

Rajiv Mohan, Assistant United States Attorney
Email: rajiv.mohan@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Lucy Grace Nelson (via U.S. mail)

*s/ Mary V. Butterton*
MARY V. BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Mary_Butterton@fd.org
Attorney for Lucy Grace Nelson