IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 25-cr-00075-NYW

UNITED STATES OF AMERICA,

Plaintiff,

v.

LUCY GRACE NELSON,

Defendant.

---

ORDER AUTHORIZING ISSUANCE OF SUBPOENA *DUCES TECUM* UNDER RULE 17(c), FOR PRODUCTION OF RECORDS PRETRIAL

---

Upon the application of defendant Lucy Grace Nelson and good cause appearing, IT IS HEREBY ORDERED THAT a subpoena be issued to:

Flock Group Inc.
Registered Agent- Colorado
1500 N. Grant Street
Suite R
Denver, CO 80203

Materials to be provided:

1. Documents and ESI containing or reflecting any product or user guides or manuals, or data dictionaries, related to the Flock Cameras, Flock Data, Flock System, Flock Nova, FlockOS, OS Investigate, Nightshift, Vehicle Journey, Vehicle Fingerprint, FreeForm, Real-Time Routing, and any other Flock Artificial Intelligence (AI) or Machine Learning (ML) applicable to technology and equipment provided by Flock Group to the Loveland Police Department.

2. Documents and ESI sufficient to explain how the Flock Safety platform operates, including how its artificial intelligence, machine-learning, and computer-vision technology analyzes images and identifies, classifies, or distinguishes vehicles and vehicle characteristics, applicable to technology and equipment provided by Flock Group to the Loveland Police Department.

3. Documents sufficient to explain the functionality and capabilities of FlockOS, Flock Nova, OS Investigate, and Nightshift, including how it collects, searches, analyzes, correlates, integrates, and presents information obtained from Flock cameras and other data sources.

4. Documents and ESI related to Flock Nova including documents sufficient to describe and explain Flock Nova's functionality, including the data sources it accesses; how data is collected, processed, searched, analyzed, correlated, or otherwise used; the identification of any artificial intelligence, machine-learning models, algorithms, or automated processes employed by Flock Nova; and any known limitations, error rates, validation studies, testing, or accuracy assessments concerning those processes.

5. Documents and ESI related to the "Vehicle Journey" and "Vehicle Fingerprint" features including how the system identifies, associates, and sequences images of the same vehicle across multiple Flock cameras; the data, algorithms, artificial intelligence, or machine-learning models used to generate a vehicle journey; and the criteria, confidence scores, or other methodology used to determine that multiple camera captures depict the same vehicle.

6. Documents and ESI containing, reflecting, discussing, or related to the predictive functions of Flock Cameras, Flock Data, Flock System, Flock Nova, Flock OS, OS Investigate, Nightshift, and Real-Time Routing including documents sufficient to explain any functionality that uses historical or real-time Flock data to predict or infer a vehicle's future location, movement, route, or association with other vehicles or individuals.

7. Documents and ESI related to Hot Lists, Custom Alerts, and other automated alert functionality, including how vehicles or events are identified as matching specified criteria and the algorithms, models, thresholds, or other criteria used to generate alerts.

8. Documents and ESI related to the integration between mobile or vehicle-mounted automated license plate readers and other Flock Cameras, Flock Data, or the Flock System, including the integration, interoperability, or combined use of Flock Safety data with other law-enforcement technologies or surveillance systems including traffic cameras, license-plate readers, facial-recognition systems, body-worn cameras, or other camera systems.

9. Documents and ESI provided to the Loveland Police Department concerning the proper use, interpretation, reliability, limitations, or verification of results generated by Flock's AI/ML or vehicle-identification technology.

10. Documents and ESI related to any assessments, evaluations, and violations of privacy policies, practices, protocols, or procedures, including documents and ESI related to

unauthorized access to Flock cameras, Flock data, or Flock systems, including, but not limited to, those occurring within the Loveland Police Department.

11. All communications between Flock Group, Inc. and the Loveland (Colorado) Police Department, including contract materials and any restrictions placed on datasets available to that agency.

IT IS ORDERED THAT the documents or objects sought by the subpoena be produced before Nicholas Richards, Court Operations Supervisor, United States District Court for the District of Colorado, Alfred A. Arraj U.S. Courthouse, 901 19th Street – 2nd Floor, Denver, Colorado 80294, on or before October 20, 2026, at 12:00 p.m. (MDT).

Dated this 9th day of October, 2026.

By the Court:

Nina Y. Wang

Honorable Nina Y. Wang
UNITED STATES DISTRICT JUDGE